**Fill in this information to identify the case:**

Debtor name  RS Old Mill, LLC

United States Bankruptcy Court for the:  Southern District Of New York

Case number (If known):

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Better Distributors 106 Grand Avenue Attn: Volf Brooklyn, NY11205 | | Break Up Fee | Contingent Disputed | | | $3,200,000.00 |
| 2 | Watermark Associates LLC 4401 21st Street Attn: Lazer Phillpson Long Island City, NY11101 | | Break Up Fee | Contingent Disputed | | | $2,800,000.00 |
| 3 | Bridgewater Capital 54 West 47th Street Attn: Mark Junger New York, NY10036 | | Financing Fee | Contingent Disputed | | | $1,800,000.00 |
| 4 | Instyle Interiors 181 Locust Avenue Attn: Leo Bronx, NY10454 | | Break Up Fee | Contingent Disputed | | | $1,200,000.00 |
| 5 | RFG 5314-16th Avenue Attn: Avrumi Brooklyn, NY11219 | | Break Up Fee | Contingent Disputed | | | $400,000.00 |
| 6 | Alpine Fine Construction 12 Prag Boulevard Attn: Meshilem Monroe, NY10950 | | Construction Consulting | | | | $210,000.00 |
| 7 | Lyncrest Consulting 36 Lyncrest Drive Attn: Isaac Genuth Monsey, NY10952 | | Environmental Consulting | | | | $172,000.00 |
| 8 | UHCS Distributors 8160 New Utrecht Avenue Attn: Norman Brooklyn, NY11219 | | Break Up Fee | | | | $140,000.00 |

Debtor  **RS Old Mill, LLC** _____    Case number (if known)_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Romaro 12 North Federal Highway AttnL Peter Marcinek Pompano Beach , FL33062 | | Independent Contractor | | | | $115,000.00 |
| 10 | Ell City LLC 16192 Coastal Highway Attn: Aga Worosz Lews, DE11958 | | Independent Contractor | | | | $70,000.00 |
| 11 | Shefa Trans Pacific 21 Lyncrest Drive Monsey, NY10952 | | | Disputed | | | $50,000.00 |
| 12 | JLL 330 Madison Avenue Attn: Linda New York, NY10017 | | | Contingent Disputed | | | $50,000.00 |
| 13 | Goldman Copeland 229 West 36th Street Attn: John O'Brian New York, NY10018 | | | | | | $48,000.00 |
| 14 | Caps Skull 1265 Coney Island Avenue Attn: Shea Hecht Brooklyn, NY11230 | | General Services | | | | $35,000.00 |
| 15 | Mintz Levin One Financial Center Attn: Stuart Offner Boston, MA12111 | | Legal Fees | | | | $23,823.00 |
| 16 | AKRF 440 Park Avenue, 7th Floor Attn: Axel Schwendt New York, NY10016 | | Environmental Consulting | | | | $5,500.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name  RS Old Mill, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                                   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | __ __ __ __ | $ _____ |
| 3.2. _____ | _____ | __ __ __ __ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. See Attachment 1                                                                                      $ 0.00

   4.2. _____                                          $ _____

5. **Total of Part 1**                                                                                          $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____                                $ _____

   7.2. _____                                $ _____

---

Debtor   RS Old Mill, LLC
_____
Name

Case number (if known) _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ _____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........→   $ _____
face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........→   $ _____
face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _____

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ _____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor    RS Old Mill, LLC _____    Case number (if known)_____
　　　　　Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    RS Old Mill, LLC
          _____
          Name                                        Case number (if known)_____

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor   RS Old Mill, LLC
 Name

Case number (if known)_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   - ☒ No. Go to Part 10.
   - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☐ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☒ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.   $_____

Debtor ___RS Old Mill, LLC_____    Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____ = ➜  $_____
                           Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attachment 2    $Unknown

Tentative Leases With Tenants of 25 Old Mill Road, Suffern, NY    $Unknown

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    RS Old Mill, LLC
          _____    Case number (if known)_____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .......................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 0.00 | + 91b. $ 0.00 |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 0.00

---

# Attachment
## Debtor: RS Old Mill, LLC        Case No:

See Attachment 1

> $2,500,000 Third-Party Security Deposit Held By Debtor in Connection With
> Purchase of Real Property - Debtor Presently Has No Rights to Such Funds

Attachment 2

> Right to Purchase 25 Old Mill Road, Suffern, NY Under Agreement of Sale Dated
> November 28, 2016

**Fill in this information to identify the case:**

Debtor name __RS Old Mill, LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2** Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 0.00 _____

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **RS Old Mill, LLC** |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| _____ | ☐ Contingent | $_____ | $_____ |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| _____ | ☐ Contingent | $_____ | $_____ |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| _____ | ☐ Contingent | $_____ | $_____ |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No  ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address
AKRF

440 Park Avenue, 7th Floor Attn: Axel Schwendt
New York, New York 10016

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Environmental Consulting

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,500.00

---

**3.2** | Nonpriority creditor's name and mailing address
Alpine Fine Construction

12 Prag Boulevard Attn: Meshilem
Monroe, New York 10950

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Construction Consulting

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 210,000.00

---

**3.3** | Nonpriority creditor's name and mailing address
Better Distributors

106 Grand Avenue Attn: Volf
Brooklyn, New York 11205

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Break Up Fee

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 3,200,000.00

---

**3.4** | Nonpriority creditor's name and mailing address
Bridgewater Capital

54 West 47th Street Attn: Mark Junger
New York, New York 10036

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Financing Fee

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800,000.00

---

**3.5** | Nonpriority creditor's name and mailing address
Caps Skull

1265 Coney Island Avenue Attn: Shea Hecht
Brooklyn, New York 11230

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,000.00

---

**3.6** | Nonpriority creditor's name and mailing address
Ell City LLC

16192 Coastal Highway Attn: Aga Worosz
Lews, Delaware 11958

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Independent Contractor

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70,000.00

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
Goldman Copeland

229 West 36th Street Attn: John O'Brian
New York, New York 10018

As of the petition filing date, the claim is: $48,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address
Instyle Interiors

181 Locust Avenue Attn: Leo
Bronx, New York 10454

As of the petition filing date, the claim is: $1,200,000.00
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Break Up Fee

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address
JLL

330 Madison Avenue Attn: Linda
New York, New York 10017

As of the petition filing date, the claim is: $50,000.00
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address
Lyncrest Consulting

36 Lyncrest Drive Attn: Isaac Genuth
Monsey, New York 10952

As of the petition filing date, the claim is: $172,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Environmental Consulting

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address
Mintz Levin

One Financial Center Attn: Stuart Offner
Boston, Massachusetts 12111

As of the petition filing date, the claim is: $23,823.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Fees

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

RFG

5314-16th Avenue Attn: Avrumi

Brooklyn, New York 11219

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Break Up Fee

$ 400,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Romaro

12 North Federal Highway AttnL Peter Marcinek

Pompano Beach , Florida 33062

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Independent Contractor

$ 115,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Shefa Trans Pacific

21 Lyncrest Drive

Monsey, New York 10952

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:  _____

$ 50,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

UHCS Distributors

8160 New Utrecht Avenue Attn: Norman

Brooklyn, New York 11219

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Break Up Fee

$ 140,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Watermark Associates LLC

4401 21st Street Attn: Lazer Philipson

Long Island City, New York 11101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:  Break Up Fee

$ 2,800,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    17-28218-mdc    Doc 3    Filed 02/16/17    Entered 02/16/17 18:27:47    Main Document
      RS 218 MM, LLC
      Name                                              Case number *(if known)*
                                      Pg 17 of 46

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.7.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.8.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.9.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.10.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.11.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.12.** | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. |  | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. | + | $ 10,319,323.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. |  | $ 10,319,323.00 |

**Fill in this information to identify the case:**

Debtor name ___RS Old Mill, LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease | Instyle Interiors |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease | Better Distributors |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease | RFG |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name  RS Old Mill, LLC |
| United States Bankruptcy Court for the:  Southern District of New York |
| Case number (If known):  _____ |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ **RS Old Mill, LLC** _____

United States Bankruptcy Court for the: _____ **Southern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................

   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .....................................................

   $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................

   $ **0.00**

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................

   $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................

   $ **0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................

   + $ **10,319,323.00**

4. **Total liabilities**........................................................................................
   Lines 2 + 3a + 3b

   $ **10,319,323.00**

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name  RS Old Mill, LLC |
| United States Bankruptcy Court for the:    Southern District Of New York |
| Case number (If known): _____ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/16/2017
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Yoel Kaufman
Printed name

Manager
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    RS Old Mill, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY to   Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY to   Filing date | _____ | $_____ |
| **For prior year:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |

Debtor    RS Old Mill, LLC                                          Case number (*if known*)_____
_____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State        ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State        ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City            State        ZIP Code | _____ | | _____ |
| | **Relationship to debtor** | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | City            State        ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |

Debtor  RS Old Mill, LLC _____     Case number (if known)_____
        Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 1 | See Attachment 1 | Supreme Court  <br>Name  <br>Rockland County  <br>Street  <br>City    State    ZIP Code | ☒ Pending  <br>☐ On appeal  <br>☐ Concluded |
| | **Case number** | | | |
| | 30713/2017 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address**  <br>Name  <br>Street  <br>City    State    ZIP Code | ☐ Pending  <br>☐ On appeal  <br>☐ Concluded |
| | **Case number** | | | |

Debtor   RS Old Mill, LLC_____   Case number (if known)_____
         Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City        State        ZIP Code | | Street |
| | Date of order or assignment | |
| | | City        State        ZIP Code |

---

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

---

Debtor      RS Old Mill, LLC                                          Case number (if known)_____
            Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|        | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--------|--------------------------------------------|--------------------------------------------------|-------|----------------------|
| 11.1. | Pick & Zabicki LLP | | 2/13/2017 | $ 17,500.00 |
|        | **Address** | | | |
|        | 369 Lexington Avenue, 12th Floor | | | |
|        | Street | | | |
|        | New York                NY        10017 | | | |
|        | City                     State      ZIP Code | | | |
|        | **Email or website address** | | | |
|        | dpick@picklaw.net | | | |
|        | **Who made the payment, if not debtor?** | | | |
|        | DWNY LLC | | | |

|        | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--------|--------------------------------------------|--------------------------------------------------|-------|----------------------|
| 11.2. | _____ | | | $_____ |
|        | **Address** | | | |
|        | Street | | | |
|        | City                     State      ZIP Code | | | |
|        | **Email or website address** | | | |
|        | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|----------------------|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor  RS Old Mill, LLC _____    Case number (if known)_____
        Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | c/o Dashrock, LLC | | | From _____ | To _____ |
| | Street | | | | |
| | 19 King Street | | | | |
| | New York | NY | 10014 | | |
| | City | State | ZIP Code | | |
| 14.2. | c/o MJ NY Holdings, LLC | | | From _____ | To _____ |
| | Street | | | | |
| | 18 Industrial Avenue | | | | |
| | Mahwah | NJ | 07430 | | |
| | City | State | ZIP Code | | |

---

Debtor    RS Old Mill, LLC                                                          Case number (if known)_____
           Name

| **Part 8:** | **Healthcare Bankruptcies** |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City      State      ZIP Code | _____ | Check all that apply: ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City      State      ZIP Code | _____ | Check all that apply: ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

      Name of plan _____    Employer identification number of the plan
      _____             EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

      Has the plan been terminated?
      ☐ No
      ☐ Yes

Debtor   RS Old Mill, LLC
_____    Case number (if known) _____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor  RS Old Mill, LLC _____    Case number (if known)_____
        Name

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various _____ | _____ | Third-Party Security Toward | $ 2,500,000.00 |
| Name | | Purchase of 25 Old Mill Road, | |
| _____ | _____ | Suffern, NY | |
| Street | | | |
| _____ | | | |
| City      State      ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |
| | Street | | |
| | _____ | | |
| | City      State      ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | | |
| _____ | _____ | | |
| City      State      ZIP Code | City      State      ZIP Code | | |

Debtor   RS Old Mill, LLC
_____   Case number *(if known)*_____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |

---

Debtor    RS Old Mill, LLC _____    Case number *(if known)*_____
            Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |
| Name and address | Dates of service |
| **26a.2.** | From _____ To _____ |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____ To _____ |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |
| Name and address | Dates of service |
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |

---

Debtor    RS Old Mill, LLC _____    Case number (*if known*)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| | _____ |
| City                    State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                    State        ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                    State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                    State        ZIP Code |

Debtor    RS Old Mill, LLC _____    Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yehuda Salamon | 1152 53rd Street, Brooklyn, NY 11219 | _____ | 100 |
| | | _____ | |
| | | _____ | |
| | | _____ | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| _____<br>Street | | _____ | |
| _____<br>City          State     ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor    RS Old Mill, LLC _____    Case number (if known) _____
          Name

| Name and address of recipient | _____ _____ _____ |
|---|---|
| Name | _____ |
| Street | _____ |
| | _____ |
| City                State        ZIP Code | _____ |
| Relationship to debtor | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 16 / 2017
              MM / DD / YYYY

✗ *Yoel Kaufman* (signature)        Printed name   Yoel Kaufman
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

# Attachment
## Debtor: RS Old Mill, LLC        Case No:

Attachment 1

RS Old Mill, LLC v. Novartis Corporation

Attachment 1

Specific Performance of Real Estate Agreement of Sale

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re   **RS Old Mill, LLC**

Case No. _____

**Debtor**

Chapter **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00** _____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ **15,000.00** _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00** _____

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify)  **DWNY LLC**

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____     _____

*Date*                       *Signature of Attorney*

                             **Pick & Zabicki LLP**

                             *Name of law firm*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

      RS Old Mill, LLC,

                Debtor

                                    Case No.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Yehuda Salamon<br>1152 53rd Street<br>Brooklyn, New York 11219 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Yoel Kaufman, Manager</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: <u>02/16/2017</u>          Signature: _Yoel Kaufman_

                         Printed Name: Yoel Kaufman
                         Title: Manager

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Southern District of New York

In re  **RS Old Mill, LLC**                                              Case No.

            Debtor.                                              Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now _____**RS Old Mill, LLC**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

__X__ There are no entities to report.

By: _____
Douglas J. Pick, Esq.
Signature of Attorney

Counsel for
Bar no.:
Address.: **369 Lexington Avenue, 12th Floor**
            **New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.: **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:      **RS Old Mill, LLC**                                    Case No. _____

                                                                              Chapter **11** _____

_____
                Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  _02/16/2017_____                    Signed: _____

Dated:  _____                           Signed: _____

Signed:  _____
                Attorney for Debtor(s)
                Bar no.:

                Telephone No.:
                Fax No.:
                E-mail address:

AKRF
440 Park Avenue, 7th Floor
Attn: Axel Schwendt
New York, NY 10016


Alpine Fine Construction
12 Prag Boulevard
Attn: Meshilem
Monroe, NY 10950


Better Distributors
106 Grand Avenue
Attn: Volf
Brooklyn, NY 11205


Better Distributors


Bridgewater Capital
54 West 47th Street
Attn: Mark Junger
New York, NY 10036


Caps Skull
1265 Coney Island Avenue
Attn: Shea Hecht
Brooklyn, NY 11230


Ell City LLC
16192 Coastal Highway
Attn: Aga Worosz
Lews, DE 11958


Goldman Copeland
229 West 36th Street
Attn: John O'Brian
New York, NY 10018


Instyle Interiors
181 Locust Avenue
Attn: Leo
Bronx, NY 10454

Instyle Interiors


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


JLL
330 Madison Avenue
Attn: Linda
New York, NY 10017


Lyncrest Consulting
36 Lyncrest Drive
Attn: Isaac Genuth
Monsey, NY 10952


Mintz Levin
One Financial Center
Attn: Stuart Offner
Boston, MA 12111


NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal
Brooklyn, NY 11201


NYC Law Dept.
100 Church Street
New York, NY 10007


NYS Attorney General
120 Broadway
New York, NY 10271


NYS Dept. of Taxation & Finance
Bankruptcy/Special Procs., P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201


Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014


RFG
5314-16th Avenue
Attn: Avrumi
Brooklyn, NY 11219


RFG


Romaro
12 North Federal Highway
AttnL Peter Marcinek
Pompano Beach, FL 33062


Shefa Trans Pacific
21 Lyncrest Drive
Monsey, NY 10952


U.S. Dept. of Justice
Box 55
Washington, District of Columbia 20044


UHCS Distributors
8160 New Utrecht Avenue
Attn: Norman
Brooklyn, NY 11219


United States Attorney
One St. Andrews Plaza
New York, NY 10007

Watermark Associates LLC
4401 21st Street
Attn: Lazer Philipson
Long Island City, NY 11101