**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
Email: sorvinoh@whiteandwilliams.com

*Counsel to Bridgewater Capital Partners*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RS OLD MILL, LLC, | Case No. 17-22218-RDD |
| Debtor. | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Bridgewater Capital Partners ("Bridgewater"), by and through its counsel, White and Williams, LLP has filed an Order To Show Cause Scheduling Hearing On Shortened Notice For The Emergency Motion By Bridgewater Capital Partners Pursuant To Fed. R. Bankr. P. 9023 And 9024 To Amend Or Provide Relief From The July 13, 2017 Order Authorizing Debtor's Assumption Of Agreement Of Sale (the "OSC").

**PLEASE TAKE FURTHER NOTICE** that a Motion By Bridgewater Capital Partners Pursuant To Fed. R. Bankr. P. 9023 And 9024 To Amend Or Provide Relief From The July 13, 2017 Order Authorizing Debtor's Assumption Of Agreement Of Sale (the "9024 Motion") was filed simultaneously with the OSC.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on these matters before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, New

19370768v.1

York, New York 10004 on July 27, 2017 at 10:00 A.M. at which time the OSC will be heard first followed by the 9024 Motion.

|  |  |
|---|---|
| Dated:  New York, New York<br>July 21, 2017 | Respectfully submitted,<br><br>**WHITE AND WILLIAMS LLP**<br><br>      s/Heidi J. Sorvino<br>Heidi J. Sorvino, Esq.<br>James C. Vandermark, Esq.<br>*Counsel to Bridgewater Capital Partners* |