Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                            Chapter 11
RS OLD MILL, LLC ,                                Case No. 17-22218 (RDD)

                    Debtor.
---------------------------------------------------------------x

## DECLARATION REGARDING AMENDED SCHEDULE E/F

YEHUDA SALAMON, the sole and Managing Member of the above named debtor, hereby certifies under penalties of perjury as follows:

1. The Debtor filed a petition under chapter 11 of the Bankruptcy Code with this Court on February 13, 2017.

2. Filed herewith is the Debtor's Amended Schedule E/F. The information provided therein is true and correct to the best of the Debtor's knowledge and belief. Schedule E/F was amended for the sole purpose of deleting JLL as a potential creditor of the Debtor.

4. With the exception of the deletion of JLL's name and mailing address (330 Madison Avenue, New York, New York 10017, Attn: Linda), no changes to the Debtor's creditor list or mailing matrix have been made in connection with the amendment described herein.

5. I hereby declare, pursuant to 28 U.S.C. §1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 3, 2017

                                        _____
                                        YEHUDA SALAMON

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____   Priority amount $_____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                    Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |
|---|---|---|---|
| | AKRF | Check all that apply. | |
| | | ☐ Contingent | |
| | 440 Park Avenue, 7th Floor Attn: Axel Schwendt | ☐ Unliquidated | |
| | New York, New York 10016 | ☐ Disputed | |
| | | Basis for the claim: Environmental Consulting | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210,000.00 |
|---|---|---|---|
| | Alpine Fine Construction | Check all that apply. | |
| | | ☐ Contingent | |
| | 12 Prag Boulevard Attn: Meshilem | ☐ Unliquidated | |
| | Monroe, New York 10950 | ☐ Disputed | |
| | | Basis for the claim: Construction Consulting | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200,000.00 |
|---|---|---|---|
| | Better Distributors | Check all that apply. | |
| | | ☒ Contingent | |
| | 106 Grand Avenue Attn: Volf | ☐ Unliquidated | |
| | Brooklyn, New York 11205 | ☒ Disputed | |
| | | Basis for the claim: Break Up Fee | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800,000.00 |
|---|---|---|---|
| | Bridgewater Capital | Check all that apply. | |
| | | ☒ Contingent | |
| | 54 West 47th Street Attn: Mark Junger | ☐ Unliquidated | |
| | New York, New York 10036 | ☒ Disputed | |
| | | Basis for the claim: Financing Fee | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,000.00 |
|---|---|---|---|
| | Caps Skull | Check all that apply. | |
| | | ☐ Contingent | |
| | 1265 Coney Island Avenue Attn: Shea Hecht | ☐ Unliquidated | |
| | Brooklyn, New York 11230 | ☐ Disputed | |
| | | Basis for the claim: General Services | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 |
|---|---|---|---|
| | Ell City LLC | Check all that apply. | |
| | | ☐ Contingent | |
| | 16192 Coastal Highway Attn: Aga Worosz | ☐ Unliquidated | |
| | Lews, Delaware 11958 | ☐ Disputed | |
| | | Basis for the claim: Independent Contractor | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☒ No  ☐ Yes | |

| Debtor | RS Old Mill, LLC | Case number (if known) 17-22218 (RDD) |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Goldman Copeland

229 West 36th Street Attn: John O'Brian
New York, New York 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$48,000.00

**3.8** Nonpriority creditor's name and mailing address
Instyle Interiors

181 Locust Avenue Attn: Leo
Bronx, New York 10454

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Break Up Fee

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,200,000.00

**3.9** Nonpriority creditor's name and mailing address
Lyncrest Consulting

36 Lyncrest Drive Attn: Isaac Genuth
Monsey, New York 10952

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Environmental Consulting

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$172,000.00

**3.10** Nonpriority creditor's name and mailing address
Mintz Levin

One Financial Center Attn: Stuart Offner
Boston, Massachusetts 12111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Fees

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$23,823.00

**3.11** Nonpriority creditor's name and mailing address
RFG

5314-16th Avenue Attn: Avrumi
Brooklyn, New York 11219

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Break Up Fee

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$400,000.00

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

Romaro

12 North Federal Highway AttnL Peter Marcinek
Pompano Beach , Florida 33062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Independent Contractor

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 115,000.00

---

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

Shefa Trans Pacific

21 Lyncrest Drive
Monsey, New York 10952

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,000.00

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

UHCS Distributors

8160 New Utrecht Avenue Attn: Norman
Brooklyn, New York 11219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Break Up Fee

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 140,000.00

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

Watermark Associates LLC

4401 21st Street Attn: Lazer Philipson
Long Island City, New York 11101

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Break Up Fee

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,800,000.00

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  RS Old Mill, LLC                                    Case number (if known) 17-22218 (RDD)
        Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |
| 4.12. | | Line ____ <br> ☐ Not listed. Explain ____ | ____ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. + | $10,269,323.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $10,269,323.00 |