UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                    Chapter 11
RS OLD MILL, LLC,                                              Case No. 17-22218 (RDD)

                    Debtor.
----------------------------------------------------------x

## CONSENT ORDER DISMISSING CHAPTER 11 CASE

**WHEREAS**, on February 13, 2017, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court and an Order for Relief was entered; and

**WHEREAS**, the Debtor sought relief under the Bankruptcy Code so as to stay the termination loss of a certain Agreement of Sale, dated as of November 28, 2016 (the "Sale Agreement"), pursuant to which the Debtor agreed to purchase, and Novartis Corporation ("Novartis"), agreed to sell, certain real property located at 25 Old Mill Road, Suffern and Montebello, New York (the "Property"); and

**WHEREAS**, an Order was entered in this case on February 27, 2017 establishing April 14, 2017 as the last date for non-governmental units, and August 14, 2017 with regard to governmental units, to file proofs of claim on account of pre-Petition Date obligations of the Debtor (collectively, the "Claims Bar Date"); and

**WHEREAS**, on September 6, 2017, a closing on the Sale Agreement was completed (the "Closing"); and

**WHEREAS**, certain claims asserted against the Debtor by way of filed proofs of claim and/or listed in the Debtor's schedules were satisfied at closing including, without limitation, the proofs of claim filed by Novartis (Claim No. 3) and New York Land Services (Claim Nos. 4 and 5); and

**WHEREAS**, given the fact that the potential loss of its rights under the Sale Agreement, which was the impetus for the Debtor's commencement of this case, is no longer a concern, the Debtor no longer requires the protections afforded under the Bankruptcy Code and wishes to conduct its business and affairs in the ordinary course; and

**WHEREAS**, the undersigned include all creditors who filed proofs of claim in the Debtor's case and/or who were listed as creditors or potential creditors in the Debtor's schedules and all other known parties in interest with regard to this case.

**NOW**, upon the joint request of the undersigned parties, it is hereby

**ORDERED**, upon the consent of the undersigned parties and pursuant to §1112(b) of the Bankruptcy Code, that this case is dismissed upon; and it is further

**ORDERED** that the Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. §1930, together with interest pursuant to 31 U.S.C. §3717, if any, within ten (10) days of the entry of this Order and simultaneously file and provide to the United States Trustee an affidavit indicating the cash disbursements, if any, for the period from commencement of the case to the date of this order.

Dated: New York, New York
       September ____, 2017

                                          HONORABLE ~~MARTIN GLENN~~ ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE

**Consented to and agreed:**

| | |
|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky and Pompeo | AKRF Consulting Services, Inc. f/k/a AKRF, Inc. |
| By: _[signature]_<br>Name: _____<br>Title: _____ | By: _____<br>Name:<br>Title: |

2

**WHEREAS**, given the fact that the potential loss of its rights under the Sale Agreement, which was the impetus for the Debtor's commencement of this case, is no longer a concern, the Debtor no longer requires the protections afforded under the Bankruptcy Code and wishes to conduct its business and affairs in the ordinary course; and

**WHEREAS**, the undersigned include all creditors who filed proofs of claim in the Debtor's case and/or who were listed as creditors or potential creditors in the Debtor's schedules and all other known parties in interest with regard to this case.

**NOW**, upon the joint request of the undersigned parties, it is hereby

**ORDERED**, upon the consent of the undersigned parties and pursuant to §1112(b) of the Bankruptcy Code, that this case is dismissed upon; and it is further

**ORDERED** that the Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. §1930, together with interest pursuant to 31 U.S.C. §3717, if any, within ten (10) days of the entry of this Order and simultaneously file and provide to the United States Trustee an affidavit indicating the cash disbursements, if any, for the period from commencement of the case to the date of this order.

Dated: New York, New York
       September ____, 2017

                         HONORABLE ~~MARTIN GLENN~~ ROBERT D. DRAIN
                         UNITED STATES BANKRUPTCY JUDGE

**Consented to and agreed:**

Mintz, Levin, Cohn, Ferris,
Glovsky and Pompeo

By: _____
    Name:
    Title:

AKRF Consulting Services, Inc.
f/k/a AKRF, Inc.

By: _[signature]_
    Name: Anne M. Looke
    Title: SVP COO

2

Alpine Fine Construction

By: _Jubo Weinstock_
  Name:
  Title: owner

Bridgewater Capital

By: _____
  Name:
  Title:

Ell City LLC

By: _____
  Name:
  Title:

Instyle Interiors

By: _____
  Name:
  Title:

Lyncrest Consulting

By: _____
  Name:
  Title:

Romaro

By: _____
  Name:
  Title:

Better Distributors

By: _____
  Name:
  Title:

Cap: Skull

By: _____
  Name:
  Title:

Goldman Copeland

By: _____
  Name:
  Title:

JLL

By: _____
  Name:
  Title:

RFG

By: _____
  Name:
  Title:

Shefa Trans Public

By: _____
  Name:
  Title:

3

Alpine Fine Construction

By: _____
  Name:
  Title:

Better Distributors

By: _Wolf Lefkowitz_ (signature)
  Name: Wolf Lefkowitz
  Title: PRESIDENT

Bridgewater Capital

By: _____
  Name:
  Title:

Caps Skull

By: _____
  Name:
  Title:

Ell City LLC

By: _____
  Name:
  Title:

Goldman Copeland

By: _____
  Name:
  Title:

Instyle Interiors

By: _____
  Name:
  Title:

JLL

By: _____
  Name:
  Title:

Lyncrest Consulting

By: _____
  Name:
  Title:

RFG

By: _____
  Name:
  Title:

Romaro

By: _____
  Name:
  Title:

Shefa Trans Public

By: _____
  Name:
  Title:

3

Alpine Fine Construction

By: _____
    Name:
    Title:

Bridgewater Capital

By: _____/s/ Mark Junger_____
    Name: MARK JUNGER
    Title: CEO

Ell City LLC

By: _____
    Name:
    Title:

Instyle Interiors

By: _____
    Name:
    Title:

Lyncrest Consulting

By: _____/s/ Isaac Genuth_____
    Name: ISAAC GENUTH
    Title: CEO

Romaro

By: _____
    Name:
    Title:

Better Distributors

By: _____
    Name:
    Title:

Caps Skull

By: _____/s/ Shea Hecht_____
    Name: SHEA HECHT
    Title: CEO

Goldman Copeland

By: _____
    Name:
    Title:

JLL

By: _____
    Name:
    Title:

RFG

By: _____
    Name:
    Title:

Shefa Trans Public

By: _____/s/ Ephraim Hurwitz_____
    Name: EPHRAIM HURWITZ
    Title: PRES.

3

Alpine Fine Construction

By: _____
    Name:
    Title:

Bridgewater Capital

By: _____
    Name:
    Title:

Ell City LLC

By: *(signature)*
    Name: *(handwritten)*
    Title: *(handwritten)*

Instyle Interiors

By: _____
    Name:
    Title:

Lyncrest Consulting

By: _____
    Name:
    Title:

Romaro

By: _____
    Name:
    Title:

Better Distributors

By: _____
    Name:
    Title:

Caps Skull

By: _____
    Name:
    Title:

Goldman Copeland

By: _____
    Name:
    Title:

JLL

By: _____
    Name:
    Title:

RFG

By: _____
    Name:
    Title:

Shefa Trans Public

By: _____
    Name:
    Title:

3

Alpine Fine Construction

By: _____
    Name:
    Title:

Bridgewater Capital

By: _____
    Name:
    Title:

Ell City LLC

By: _____
    Name:
    Title:

Instyle Interiors

By: _____
    Name:
    Title:

Lyncrest Consulting

By: _____
    Name:
    Title:

Romaro

By: _____
    Name:
    Title:

Better Distributors

By: _____
    Name:
    Title:

Caps Skull

By: _____
    Name:
    Title:

Goldman Copeland

By: *[signature]*
    Name: John P. McBride
    Title: Principal

JLL

By: _____
    Name:
    Title:

RFG

By: _____
    Name:
    Title:

Shefa Trans Public

By: _____
    Name:
    Title:

3


Alpine Fine Construction

By: _____
    Name:
    Title:

Bridgewater Capital

By: _____
    Name:
    Title:

Ell City LLC

By: _____
    Name:
    Title:

Instyle Interiors

By: _[signature]_
    Name:
    Title: PRES

Lyncrest Consulting

By: _____
    Name:
    Title:

Romaro

By: _____
    Name:
    Title:

Better Distributors

By: _____
    Name:
    Title:

Caps Skull

By: _____
    Name:
    Title:

Goldman Copeland

By: _____
    Name:
    Title:

JLL

By: _____
    Name:
    Title:

RFG

By: _____
    Name:
    Title:

Shefa Trans Public

By: _____
    Name:
    Title:

Alpine Fine Construction

By: _____
   Name:
   Title:

Bridgewater Capital

By: _____
   Name:
   Title:

Ell City LLC

By: _____
   Name:
   Title:

Instyle Interiors

By: _____
   Name:
   Title:

Lyncrest Consulting

By: _____
   Name:
   Title:

Romaro

By: _____
   Name:
   Title:

Better Distributors

By: _____
   Name:
   Title:

Caps Skull

By: _____
   Name:
   Title:

Goldman Copeland

By: _____
   Name:
   Title:

JLL

By: _____
   Name:
Title:

RFG

By: _____/s/_____
   Name: AVRUM KAUFMAN
Title:

Shefa Trans Public

By: _____
   Name:
Title:

3

Alpine Fine Construction

By: _____
   Name:
   Title:

Bridgewater Capital

By: _____
   Name:
   Title:

Ell City LLC

By: _____
   Name:
   Title:

Instyle Interiors

By: _____
   Name:
   Title:

Lyncrest Consulting

By: _____
   Name:
   Title:

Romaro

By: _[signature]_____
   Name: PETER [illegible]
   Title: [illegible]

Better Distributors

By: _____
   Name:
   Title:

Caps Skull

By: _____
   Name:
   Title:

Goldman Copeland

By: _____
   Name:
   Title:

JLL

By: _____
   Name:
Title:

RFG

By: _____
   Name:
Title:

Shefa Trans Public

By: _____
   Name:
Title:

3

UHCS Distributors

By: _____
Name: NORMAN WASSER
Title:
    No OBJECTION!
United States Trustee for Region 2

By: /s/
Name: ANDREA SCHWARTZ
Title: TRIAL ATTORNEY

Watermark Associates LLC

By: _____
Name:
Title:

4

UHCS Distributors

By: _____
   Name:
   Title:

United States Trustee for Region 2

By: _____
   Name:
   Title:

Watermark Associates LLC

By: *Liza Rivera*
   Name: Liza Rivera
   Title: Associate

4