Condon & Associates, PLLC
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
(845) 627-8500 phone
(845) 627-8507 facsimile
brian@condonlawoffices.com

Brian Condon, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 11

RS OLD MILL LLC,
                                                          Case No. 17-22218 (RDD)
                             Debtor.
------------------------------------------------------------X

## OBJECTION TO DEBTOR'S APPLICATION
## FOR DISMISSAL OF CHAPTER 11 CASE

Romaro, LLC, an unsecured creditor (the "Creditor") in the above referenced matter, by and through its undersigned attorney, respectfully submits this Objection to Debtor's application for dismissal of its Chapter 11 case.

1.  The Debtor filed for relief under Chapter 11 of Title 11 of the U.S. Code, as amended (the "Bankruptcy Code") on February 13, 2017.

2.  Creditor was listed on the Debtor's schedules as being owed $115,000. The Debtor is now owed $115,000.00.

3.  Creditor objects to the Debtor's application to dismiss pursuant to 11 U.S.C. §1112(2) as dismissal it is not in the best interests of estate or the creditors.

4.  Based on the fact that the Creditor was about to file a lawsuit to collect the monies the Creditor was owed, the Debtor has filed his petition in bad faith for the sole purpose of using the automatic stay without any intention of reorganizing or liquidating to satisfy its debts.

5. Over the past few weeks, I understand that other Creditors have been satisfied. Creditor has been promised that it will be paid in full. As today was the last day to file an objection, and Creditor has not been paid in full, we file the instant objection.

6. Creditor believes the Debtor will re-file for bankruptcy in a short period of time as it has not demonstrated in it will be able to operate and pay its debts once the case is dismissed.

7. By virtue of the foregoing, dismissal of the Debtor's Chapter 11 Plan must be denied as against the interests of the estate and creditors pursuant to Bankruptcy Code §1112(2).

Dated: December 13, 2017

Respectfully submitted,

CONDON & ASSOCIATES, PLLC

By:/s/Brian K. Condon (BC 4683)
Attorney for Creditor, Romaro LLC
55 Old Turnpike Road, Suite 502
Nanuet, New York 10954
(845) 627-8500
(845) 627-8507
Brian@condonlawoffices.com