Kevin J. Nash, Esq.
**Goldberg Weprin Finkel Goldstein LLP**
*Proposed Attorneys for Debtor/Plaintiff*
1501 Broadway, 22nd Floor
New York, New York 10036
Phone: (212) 221-5700

Michael Levine, Esq.
**Levine & Associates, P.C.**
*Proposed Special Litigation Counsel to the Debtor*
15 Barclay Road
Scarsdale, NY 10583
Phone: (914) 600-4288

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------X

In re:

RS OLD MILL, LLC,

Debtor

----------------------------------------X

RS OLD MILL, LLC,

Plaintiff,

- against -

SUFFERN PARTNERS LLC, BRIDGEWATER CAPITAL PARTNERS LLC, ISAAC GENUTH, MARK YUNGER a/k/a "MARK JUNGER," GOLDIE REISMAN, MOSES REICHMAN, RS OLD MILLS RD LLC., DAVID FLEISCHMANN, THOMAS LANDRIGAN, and CPIF LENDING, LLC,

Defendants.

----------------------------------------X

**Chapter 11**
Case No. 17-22218 (RDD)

Adversary No. 19-8243 (RDD)

SUPPLEMENTAL
DECLARATION OF
YEHUDA SALAMON

    Yehuda Salamon, pursuant to 28 U.S.C. § 1745, hereby declares that the following is true and correct:

1. I am a principal of RS Old Mill, LLC, the Debtor in the within action, and the Plaintiff in the Adversary Proceeding captioned above. As such, I am fully familiar with all of the facts and circumstances as are hereinafter set forth. I make this Supplemental Declaration, at the request of the U.S. Trustee's Office (Andrea Schwartz, Esq.) to clarify my relationship with the Debtor's creditors.

2. I do not have any interest, direct or indirect, financial or otherwise, in any of the creditor entities in this case.

3. However, one of the creditor entities, RFG, is partially owned by one of my wife's brothers, and another of the creditor entities, Instyle Interiors, is partially owned by another of my wife's brothers. Neither I nor my wife (nor any other immediate family member) has personally had any business dealings, direct or indirect, with either of those two entities.

4. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: Spring Valley, New York
       June 3, 2019

**I read the foregoing and had my attorney read and explain it to me before I signed it**

_____
Yehuda Salamon

2