# EXHIBIT A

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

**Received From :**
RIVERSIDE ABSTRACT,LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY  11234

**Return To :**
RIVERSIDE ABSTRACT,LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY  11234

**Method Returned :** ERECORDING

**First GRANTOR**
RS OLD MILL LLC

**First GRANTEE**
RS OLD MILLS RD LLC

**Index Type :** Land Records
**Instr Number :** 2017-00029395
**Book :**            **Page :**

**Type of Instrument :** Deed
**Type of Transaction :** Deed Other
**Recording Fee:**                $336.00

**Recording Pages :**                9

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

### Real Estate Transfer Tax

| | |
|---|---|
| **RETT # :** | 936 |
| **Deed Amount :** | $0.00 |
| **RETT Amount :** | $0.00 |
| **Total Fees :** | $336.00 |

State of New York

County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 09/14/2017

At (Recorded Time) : 12:13:00 PM

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER17    Printed On : 09/14/2017    At : 12:18:52PM

# RS OLD MILL, LLC
# GRANTOR

## TO

# RS OLD MILLS RD LLC
# GRANTEE

## BARGAIN AND SALE DEED
### WITH COVENANT AGAINST GRANTOR'S ACTS

Dated: as of September 5, 2017

Property known as:

| Parcel A: | Parcel B: | Parcel C: |
|---|---|---|
| 25 Old Mill Road<br>Suffern, New York | 19 Hemion Road<br>Montebello, New York | Route 59<br>Suffern, New York |
| County: Rockland<br>Village: Suffern<br>Section: 55.22<br>Block: 1<br>Lot: 1<br>Town: Ramapo | County: Rockland<br>Village: Montebello<br>Section: 55.06<br>Block: 1<br>Lot: 1<br>Town: Ramapo | County: Rockland<br>Village: Suffern<br>Section: 55.37<br>Block: 1<br>Lot: 31<br>Town: Ramapo |

Record and Return to:

David Fleischman Esq
2233 Nostrand Ave
Brooklyn NY 11210

{11305441:8}

# BARGAIN AND SALE DEED
# WITH COVENANTS AGAINST GRANTORS ACTS

**THIS INDENTURE**, made as of the 5th day of September, 2017,

**BETWEEN**

**RS OLD MILL, LLC**, a Delaware limited liability company, having an address at 17 Lime Kiln Road, Suffern, New York 10901 (the "Grantor"), and **RS OLD MILLS RD LLC**, a New York limited liability company, having an address at 202 Grandview Avenue, Monsey, New York 10950 (the "Grantee");

**WITNESSETH**, that the Grantor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration, paid by the Grantee, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Villages of Suffern and Montebello, Town of Ramapo, County of Rockland, State of New York, as more fully described on Schedule A, annexed hereto.

**SAID PREMISES** being designated as (i) Tax Map Section 55.22, Block 1 Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York (ii) Tax Map Section 55.06, Block 1 Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York and (iii) Tax Map Section 55.37, Block 1 Lot 31, Village of Suffern, Town of Ramapo, Rockland County, New York.

**SAID PREMISES** being and intended to be the same premises described in the deeds to NOVARTIS CORPORATION (or its predecessors, as applicable) from (i) Robert L. Smith, as executor of the Estate of Henry L. Smith under the last will and testament of Henry L. Smith, deceased, by Executor's Deed dated September 22, 1975, and recorded in the Office of the Rockland County Clerk (the "Office") on September 29, 1975 in Liber 968, Page 34; (ii) Maurice J. Palizza, Inc. by Deed dated April 21, 1971 and recorded in the Office on May 3, 1971 in Liber 889, Page 588; (iii) 8 J's Incorporated by Deed dated May 17, 1966 and recorded in the Office on April 29, 1971 in Liber 889, Page 384; (iv) Robert J. McMaster by Deed dated August 13, 1965 and recorded in the Office on August 30, 1965 in Liber 796, Page 892; (v) Church of the Sacred Heart by Deed dated October 24, 1960 and recorded in the Office on November 7, 1960 in Liber 724, Page 347; (vi) Robert W. Prier and Belle Zeck, as Trustees for Gwenn Mayer, Janice Mayer and Felicia Mayer, pursuant to a Trust Agreement dated November 6, 1959 by Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 991; (vii) Henry Mayer and Sidney Mayer, as Executors and Trustees of the Estate of Gustav Mayer, deceased, and Milton Klein as Trustee under the Last Will and Testament of Gustav Mayer,

{11305441:8}

deceased, by Executor's Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 987; and (viii) Society of the Holy Child Jesus by Deed dated February 4, 1963 and recorded in the Office on February 8, 1963 in Liber 756, Page 940.

**SAID PREMISES ARE CONVEYED SUBJECT TO THE FOLLOWING RESTRICTIVE PROVISIONS AS TO THE USE OF SAID PREMISES**: Residential uses of any kind or nature are prohibited on, over or under the premises conveyed herein including, without limitation, single family dwellings, multi-family dwellings and mobile home dwellings and related facilities such as schools and other educational institutions and child care facilities of any kind. For avoidance of doubt, any and all uses of the premises conveyed herein are restricted to uses which are commercial or industrial and under no circumstances residential. The forgoing prohibition and restriction shall run with the land. The foregoing restriction shall be enforceable solely and exclusively by Grantor or any of the parent, subsidiary or affiliates of Grantor or any of the respective successors or assigns of any of the foregoing.

**TOGETHER** with all right, title, and interest, if any, of the Grantor in and to any streets and roads abutting the above described premises to the center line thereof; **TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the Grantee, the heirs or successors and assigns of the Grantee forever.

**AND** the Grantor covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid and except as set forth in any documents of record as of the date hereof.

**AND** the Grantor, in compliance with Section 13 of the Lien Law, covenants that the Grantor will receive the consideration for the conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**AND** the Grantor is conveying the premises in the ordinary course of business.

**[Remainder of Page Intentionally Left Blank; Signature Page to Follow]**

**[Signature Page to Bargain and Sale Deed]**

**IN WITNESS WHEREOF**, the Grantor has duly executed this deed as of the date first above written.

**GRANTOR**

RS OLD MILL, LLC,
a Delaware limited liability company

IN PRESENCE OF:

By: _____
Name: Yehuda Salamon
Title: Managing Member

State of New York          :
                           : ss:
County of Rockland         :

On the 5th day of September, 2017, before me, the undersigned, personally appeared YEHUDA SALAMON personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

```
YUDAH JUNGER
Notary Public - State of New York
No. 01JU6219230
Qualified in Kings County County
My Commission Expires: 03/22/20
```

## SCHEDULE A

Village of Suffern
Town of Ramapo
County of Rockland, State of NY.

Title No.: **RANY-27660**

**Parcels A & B:**

BEGINNING at a point in the westerly right-of-way of Hemion Road (variable width right-of-way), said point being the intersection of the northerly right-of-way of Consolidated Rail Corporation with said westerly right-of-way, and running thence, the following ten (10) courses along said northerly right-of-way;

South 85°05'01" West a distance of 16.71 feet to a point, thence;

South 78°48'56" West a distance of 571.32 feet to a point marked by an iron pin, thence;

South 79°00'34" West a distance of 160.04 feet to a point marked by a concrete monument, thence;

South 80°48'20" West a distance of 881.22 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 1877.08 feet, an arc length of 98.38 feet whose chord bears South 82°07'01" West a chord distance of 98.37 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 1249.18 feet, an arc length of 469.95 feet whose chord bears North 84°37'34" West a chord distance of 467.18 feet to a non-tangential point marked by a mag-nail, thence;

North 86°37'10" West a distance of 243.08 feet to a point of cusp marked by a mag-nail, thence;

On a curve to the right having a radius of 1877.08 feet, an arc length of 377.48 feet whose chord bears North 68°15'36" West a chord distance of 376.84 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 2831.93 feet, an arc length of 98.91 feet whose chord bears North 60°16'06" West a chord distance of 98.90 feet to a non-tangential point marked by a concrete monument, thence;

North 59°20'58" West a distance of 514.07 feet to a point marked by a concrete monument, thence, the following seven (7) courses along the easterly line of Lot 1, Block 1, Section 55.21;

North 01°56'45" West a distance of 730.41 feet to a point marked by a concrete monument, thence;

North 47°23'01" East a distance of 865.96 feet to a point marked by a concrete monument, thence;

North 47°30'23" East a distance of 200.00 feet to a point marked by an iron pin, thence;

North 39°35'37" East a distance of 317.50 feet to a point marked by an iron pin, thence;

South 55°46'42" West a distance of 75.01 feet to a point marked by a concrete monument, thence;

North 65°50'24" West a distance of 387.00 feet to a point marked by an iron pin, thence;

North 29°54'35" East a distance of 282.80 feet to a point marked by a concrete monument in the southerly right-of-way of the New York State Thruway, thence, the following nine (9) courses along said right-of-way;

North 82°20'55" East a distance of 88.18 feet to a point marked by a concrete monument, thence;

**SCHEDULE A**

South 89°08'47" East a distance of 594.93 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 4112.81 feet, an arc length of 203.76 feet whose chord bears South 84°40'04" East a chord distance of 203.74 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 2829.79 feet, an arc length of 433.53 feet whose chord bears South 78°29'25" East a chord distance of 433.11 feet to a non-tangential point, thence;

South 74°26'56" East a distance of 768.63 feet to a point marked by a concrete monument, thence;

South 74°27'27" East a distance of 255.71 feet to a point marked by a concrete monument, thence;

South 74°07'33" East a distance of 228.48 feet to a point marked by a concrete monument, thence;

South 64°22'43" East a distance of 170.25 feet to a point marked by a mag-nail, thence;

On a curve to the right having a radius of 998.10 feet, an arc length of 241.62 feet whose chord bears South 58°34'41" East a chord distance of 241.03 feet to a point marked by a concrete monument in the westerly right-of-way of Hemion Road (variable width right-of-way), thence, the following ten (10) courses along said westerly right-of-way;

South 10°15'07" West a distance of 106.20 feet to a point marked by a concrete monument, thence;

South 32°47'54" West a distance of 38.40 feet to a point marked by a concrete monument, thence;

South 20°47'55" West a distance of 102.98 feet to a point marked by a capped iron pin, thence;

South 68°37'59" East a distance of 12.63 feet to a point of cusp marked by a capped iron pin, thence;

On a curve to the left having a radius of 1860.00 feet, an arc length of 770.94 feet whose chord bears South 14°18'03" West a chord distance of 765.43 feet to a point of cusp marked by a capped iron pin, thence;

On a curve to the left having a radius of 1860.00 feet, an arc length of 142.22 feet whose chord bears South 00°25'37" East a chord distance of 142.19 feet to a non-tangential point marked by a capped iron pin, thence;

South 02°37'03" East a distance of 7.74 feet to a point marked by a capped iron pin, thence;

South 02°37'43" West a distance of 50.15 feet to a point marked by a mag-nail, thence;

South 00°43'26" West a distance of 269.50 feet to a point, thence;

Along South 05°41'47" West a distance of 182.36 feet to the POINT OF BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 55.22 , Block 1, Lot 1, Rockland County, and also known as Parcel A: 25 Old Mill Road, Suffern, NY 10901.
Designated as Section 55.06, Block 1, Lot 1, Rockland County, and also known as Parcel B: 19 Hemion Road, Montebello, NY 10901.

## SCHEDULE A

**Parcel C**

ALL that certain plot, piece or parcel of land and premises, situate lying and being in Suffern [handwritten: Village of], Town of Ramapo, County of Rockland and State of New York, being bounded and described as follows:

BEGINNING at a point in the southerly right-of-way of the Consolidated Railway Corporation, said point being the following two (2) courses from the terminus of the sixth (6) course of the overall site description of Tax Map Section 55.22, Block 1, Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York, Tax Map Section 55.06, Block 1, Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York;
   a. North 86 degrees 37 minutes 10 seconds West a distance of 155.99 feet to a point;
   b. South 12 degrees 02 minutes 41 seconds West a distance of 93.63 feet to the point of BEGINNING;

RUNNING THENCE the following two (2) courses along the westerly line of Lot 3, Block 1, Section 55.38;
   1. South 12 degrees 02 minutes 41 seconds West a distance of 114.74 feet to a point;
   2. South 23 degrees 17 minutes 21 seconds West a distance of 161.86 feet to a point in the northerly right-of-way of Lafayette Avenue (New York State Route 59) (variable width right-of-way);

THENCE along said northerly right-of-way, North 64 degrees 22 minutes 23 seconds West a distance of 100.09 feet to a point;

THENCE the following two (2) courses along the easterly line of Lot 30.12, Block 1, Section 55.29;
   1. North 23 degrees 13 minutes 11 seconds East a distance of 148.10 feet to a point;
   2. North 12 degrees 05 minutes 22 seconds East a distance of 118.44 feet to a point in the Southerly right-of-way of the Consolidated Railway Corporation;

THENCE Along said southerly right-of-way, South 70 degrees 07 minutes 33 seconds East a distance of 101.00 feet to the point or place of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 55.37, Block 1, Lot 31, Rockland County, and also known as Parcel C: Route 59, Suffern, NY 10901.

Schedule A Description

RANY-27660

INSTRUCTIONS(RP-5217-PDF-INS): www.orps.state.ny.us

| FOR COUNTY USE ONLY | | New York State Department of **Taxation and Finance** |
|---|---|---|
| C1. SWIS Code | 392607 | Office of Real Property Tax Services |
| C2. Date Deed Recorded | 9/14/2017 | **RP-5217-PDF** |
| C3. Book | 2017  C4. Page  29395 | Real Property Transfer Report (8/10) |

## PROPERTY INFORMATION

**1. Property Location**
- STREET NUMBER: 25
- STREET NAME: Old Mill Road
- CITY OR TOWN: Town of Ramapo
- VILLAGE: Village of Suffern
- ZIP CODE: 10901

**2. Buyer Name**
- LAST NAME/COMPANY: RS OLD MILLS RD LLC
- FIRST NAME:

**3. Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed**: 3 # of Parcels  OR  ☐ Part of a Parcel
- 4A. Planning Board with Subdivision Authority Exists ☐
- 4B. Subdivision Approval was Required for Transfer ☐
- 4C. Parcel Approved for Subdivision with Map Provided ☐

**5. Deed Property Size**: ___ X ___ OR 161.96 ACRES

**6. Seller Name**: RS OLD MILL, LLC

**7. Select the description which most accurately describes the use of the property at the time of sale**: J. Industrial

Check the boxes below as they apply:
- 8. Ownership Type is Condominium ☐
- 9. New Construction on a Vacant Land ☐
- 10A. Property Located within an Agricultural District ☐
- 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

## SALE INFORMATION

**11. Sale Contract Date**:
**12. Date of Sale/Transfer**: 09/05/2017
**13. Full Sale Price**: 0.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**14. Indicate the value of personal property included in the sale**: 0.00

**15. Check one or more of these conditions as applicable to transfer:**
- ☐ A. Sale Between Relatives or Former Relatives
- ☐ B. Sale between Related Companies or Partners in Business.
- ☐ C. One of the Buyers is also a Seller
- ☐ D. Buyer or Seller is Government Agency or Lending Institution
- ☐ E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- ☐ F. Sale of Fractional or Less than Fee Interest (Specify Below)
- ☐ G. Significant Change in Property Between Taxable Status and Sale Dates
- ☐ H. Sale of Business is Included in Sale Price
- ☒ I. Other Unusual Factors Affecting Sale Price (Specify Below)
- ☐ J. None

*Comment(s) on Condition: Transfer for no consideration

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**16. Year of Assessment Roll from which information taken(YY)**: 17
**17. Total Assessed Value**: 4,589,800
**18. Property Class**: 710
**19. School District Name**: Ramapo Central
**20. Tax Map Identifier(s)/Roll Identifier(s)**: 55.22-1-1    55.37-1-31    55.06-1-1

## CERTIFICATION

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER SIGNATURE**: [signature] 9/5/2017
**BUYER SIGNATURE**: [signature] 9/5/2017

**BUYER CONTACT INFORMATION**
- LAST NAME: Kaufman
- FIRST NAME: Avrohom
- AREA CODE: (845)
- TELEPHONE NUMBER: 294-6327
- STREET NUMBER: 40
- STREET NAME: Matthews Street, Ste 203
- CITY OR TOWN: Goshen
- STATE: NY
- ZIP CODE: 10924

**BUYER'S ATTORNEY**
- LAST NAME: Landrigan
- FIRST NAME: Thomas
- AREA CODE: (845)
- TELEPHONE NUMBER: 291-1900

Paul Piperato, County Clerk
11 South Main, Ste. 100
New City, NY  10956
(845) 638-5070

# Rockland County Clerk Recording Cover Sheet

**Received From :**
RIVERSIDE ABSTRACT,LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY  11234

**Return To :**
RIVERSIDE ABSTRACT,LLC
3839 FLATLANDS AVE
SUITE 208
BROOKLYN, NY  11234

**Method Returned :** ERECORDING

**First GRANTOR**

RS OLD MILLS RD LLC

**First GRANTEE**

SUFFERN PARTNERS LLC

**Index Type :** Land Records
**Instr Number :** 2017-00029396
**Book :**            **Page :**

**Type of Instrument :** Deed
**Type of Transaction :** Deed Other
**Recording Fee:**                    $336.00

**Recording Pages :**                       9

The Property affected by this instrument is situated in Ramapo, in the County of Rockland, New York

| Real Estate Transfer Tax | |
|---|---|
| **RETT # :** | 937 |
| **Deed Amount :** | $30,000,000.00 |
| **RETT Amount :** | $120,000.00 |
| **Total Fees :** | $120,336.00 |

State of New York

County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 09/14/2017

At (Recorded Time) : 12:17:00 PM

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: NYROCKLANDUSER17   Printed On : 09/14/2017    At : 12:18:54PM

# RS OLD MILLS RD, LLC
## GRANTOR

## TO

## SUFFERN PARTNERS LLC
## GRANTEE

### BARGAIN AND SALE DEED
#### WITH COVENANT AGAINST GRANTOR'S ACTS

Dated: as of September 5, 2017

Property known as:

| Parcel A: | Parcel B: | Parcel C: |
|---|---|---|
| 25 Old Mill Road | 19 Hemion Road | Route 59 |
| Suffern, New York | Montebello, New York | Suffern, New York |
| County: Rockland | County: Rockland | County: Rockland |
| Village: Suffern | Village: Montebello | Village: Suffern |
| Section: 55.22 | Section: 55.06 | Section: 55.37 |
| Block: 1 | Block: 1 | Block: 1 |
| Lot: 1 | Lot: 1 | Lot: 31 |
| Town of Ramapo | Town of Ramapo | Town of Ramapo |

Record and Return to:

David Fleischman Esq
2233 Nostrand Ave
Brooklyn NY 11210

{11305441:8}

BARGAIN AND SALE DEED
WITH COVENANTS AGAINST GRANTORS ACTS

**THIS INDENTURE**, made as of the 5th day of September, 2017,

**BETWEEN**

**RS OLD MILLS RD, LLC**, a Delaware limited liability company, having an address at 17 Lime Kiln Road, Suffern, New York 10901 (the "Grantor"), and **SUFFERN PARTNERS LLC**, a New York limited liability company, having an address at 202 Grandview Avenue, Monsey, New York 10950 (the "Grantee");

**WITNESSETH**, that the Grantor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration, paid by the Grantee, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Villages of Suffern and Montebello, Town of Ramapo, County of Rockland, State of New York, as more fully described on Schedule A, annexed hereto.

**SAID PREMISES** being designated as (i) Tax Map Section 55.22, Block 1 Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York (ii) Tax Map Section 55.06, Block 1 Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York and (iii) Tax Map Section 55.37, Block 1 Lot 31, Village of Suffern, Town of Ramapo, Rockland County, New York.

**SAID PREMISES** being and intended to be the same premises described in the deeds to NOVARTIS CORPORATION (or its predecessors, as applicable) from (i) Robert L. Smith, as executor of the Estate of Henry L. Smith under the last will and testament of Henry L. Smith, deceased, by Executor's Deed dated September 22, 1975, and recorded in the Office of the Rockland County Clerk (the "Office") on September 29, 1975 in Liber 968, Page 34; (ii) Maurice J. Palizza, Inc. by Deed dated April 21, 1971 and recorded in the Office on May 3, 1971 in Liber 889, Page 588; (iii) 8 J's Incorporated by Deed dated May 17, 1966 and recorded in the Office on April 29, 1971 in Liber 889, Page 384; (iv) Robert J. McMaster by Deed dated August 13, 1965 and recorded in the Office on August 30, 1965 in Liber 796, Page 892; (v) Church of the Sacred Heart by Deed dated October 24, 1960 and recorded in the Office on November 7, 1960 in Liber 724, Page 347; (vi) Robert W. Prier and Belle Zeck, as Trustees for Gwenn Mayer, Janice Mayer and Felicia Mayer, pursuant to a Trust Agreement dated November 6, 1959 by Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 991; (vii) Henry Mayer and Sidney Mayer, as Executors and Trustees of the Estate of Gustav Mayer, deceased, and Milton Klein as Trustee under the Last Will and Testament of Gustav Mayer,

{11305441:8}

deceased, by Executor's Deed dated August 9, 1960 and recorded in the Office on August 9, 1960 in Liber 719, Page 987; and (viii) Society of the Holy Child Jesus by Deed dated February 4, 1963 and recorded in the Office on February 8, 1963 in Liber 756, Page 940.

**SAID PREMISES ARE CONVEYED SUBJECT TO THE FOLLOWING RESTRICTIVE PROVISIONS AS TO THE USE OF SAID PREMISES**: Residential uses of any kind or nature are prohibited on, over or under the premises conveyed herein including, without limitation, single family dwellings, multi-family dwellings and mobile home dwellings and related facilities such as schools and other educational institutions and child care facilities of any kind. For avoidance of doubt, any and all uses of the premises conveyed herein are restricted to uses which are commercial or industrial and under no circumstances residential. The forgoing prohibition and restriction shall run with the land. The foregoing restriction shall be enforceable solely and exclusively by Grantor or any of the parent, subsidiary or affiliates of Grantor or any of the respective successors or assigns of any of the foregoing.

**TOGETHER** with all right, title, and interest, if any, of the Grantor in and to any streets and roads abutting the above described premises to the center line thereof; **TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the Grantee, the heirs or successors and assigns of the Grantee forever.

**AND** the Grantor covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid and except as set forth in any documents of record as of the date hereof.

**AND** the Grantor, in compliance with Section 13 of the Lien Law, covenants that the Grantor will receive the consideration for the conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**AND** the Grantor is conveying the premises in the ordinary course of business.

**[Remainder of Page Intentionally Left Blank; Signature Page to Follow]**

{11305441:8}

[Signature Page to Bargain and Sale Deed]

**IN WITNESS WHEREOF,** the Grantor has duly executed this deed as of the date first above written.

**GRANTOR**

RS OLD MILLS RD, LLC,
a Delaware limited liability company

IN PRESENCE OF:

By: _____
Name: Avrohom Kaufman
Title: Managing Member

State of New York         :
                          : ss:
County of Rockland        :

On the 5th day of September, 2017, before me, the undersigned, personally appeared Avrohom Kaufman personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

YUDAH JUNGER
Notary Public - State of New York
No. 01JU6219230
Qualified in Kings County County
My Commission Expires: 03/22/20

SCHEDULE A

Village of Suffern
Town of Ramapo
County of Rockland, State of NY:

Title No.: **RANY-27660**

**Parcels A & B:**

BEGINNING at a point in the westerly right-of-way of Hemion Road (variable width right-of-way), said point being the intersection of the northerly right-of-way of Consolidated Rail Corporation with said westerly right-of-way, and running thence, the following ten (10) courses along said northerly right-of-way;

South 85°05'01" West a distance of 16.71 feet to a point, thence;

South 78°48'56" West a distance of 571.32 feet to a point marked by an iron pin, thence;

South 79°00'34" West a distance of 160.04 feet to a point marked by a concrete monument, thence;

South 80°48'20" West a distance of 881.22 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 1877.08 feet, an arc length of 98.38 feet whose chord bears South 82°07'01" West a chord distance of 98.37 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 1249.18 feet, an arc length of 469.95 feet whose chord bears North 84°37'34" West a chord distance of 467.18 feet to a non-tangential point marked by a mag-nail, thence;

North 86°37'10" West a distance of 243.08 feet to a point of cusp marked by a mag-nail, thence;

On a curve to the right having a radius of 1877.08 feet, an arc length of 377.48 feet whose chord bears North 68°15'36" West a chord distance of 376.84 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 2831.93 feet, an arc length of 98.91 feet whose chord bears North 60°16'06" West a chord distance of 98.90 feet to a non-tangential point marked by a concrete monument, thence;

North 59°20'58" West a distance of 514.07 feet to a point marked by a concrete monument, thence, the following seven (7) courses along the easterly line of Lot 1, Block 1, Section 55.21;

North 01°56'45" West a distance of 730.41 feet to a point marked by a concrete monument, thence;

North 47°23'01" East a distance of 865.96 feet to a point marked by a concrete monument, thence;

North 47°30'23" East a distance of 200.00 feet to a point marked by an iron pin, thence;

North 39°35'37" East a distance of 317.50 feet to a point marked by an iron pin, thence;

South 55°46'42" West a distance of 75.01 feet to a point marked by a concrete monument, thence;

North 65°50'24" West a distance of 387.00 feet to a point marked by an iron pin, thence;

North 29°54'35" East a distance of 282.80 feet to a point marked by a concrete monument in the southerly right-of-way of the New York State Thruway, thence, the following nine (9) courses along said right-of-way;

North 82°20'55" East a distance of 88.18 feet to a point marked by a concrete monument, thence;

## SCHEDULE A

South 89°08'47" East a distance of 594.93 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 4112.81 feet, an arc length of 203.76 feet whose chord bears South 84°40'04" East a chord distance of 203.74 feet to a point of cusp marked by a concrete monument, thence;

On a curve to the right having a radius of 2829.79 feet, an arc length of 433.53 feet whose chord bears South 78°29'25" East a chord distance of 433.11 feet to a non-tangential point, thence;

South 74°26'56" East a distance of 768.63 feet to a point marked by a concrete monument, thence;

South 74°27'27" East a distance of 255.71 feet to a point marked by a concrete monument, thence;

South 74°07'33" East a distance of 228.48 feet to a point marked by a concrete monument, thence;

South 64°22'43" East a distance of 170.25 feet to a point marked by a mag-nail, thence;

On a curve to the right having a radius of 998.10 feet, an arc length of 241.62 feet whose chord bears South 58°34'41" East a chord distance of 241.03 feet to a point marked by a concrete monument in the westerly right-of-way of Hemion Road (variable width right-of-way), thence, the following ten (10) courses along said westerly right-of-way;

South 10°15'07" West a distance of 106.20 feet to a point marked by a concrete monument, thence;

South 32°47'54" West a distance of 38.40 feet to a point marked by a concrete monument, thence;

South 20°47'55" West a distance of 102.98 feet to a point marked by a capped iron pin, thence;

South 68°37'59" East a distance of 12.63 feet to a point of cusp marked by a capped iron pin, thence;

On a curve to the left having a radius of 1860.00 feet, an arc length of 770.94 feet whose chord bears South 14°18'03" West a chord distance of 765.43 feet to a point of cusp marked by a capped iron pin, thence;

On a curve to the left having a radius of 1860.00 feet, an arc length of 142.22 feet whose chord bears South 00°25'37" East a chord distance of 142.19 feet to a non-tangential point marked by a capped iron pin, thence;

South 02°37'03" East a distance of 7.74 feet to a point marked by a capped iron pin, thence;

South 02°37'43" West a distance of 50.15 feet to a point marked by a mag-nail, thence;

South 00°43'26" West a distance of 269.50 feet to a point, thence;

Along South 05°41'47" West a distance of 182.36 feet to the POINT OF BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 55.22 , Block 1, Lot 1, Rockland County, and also known as Parcel A: 25 Old Mill Road, Suffern, NY 10901.
Designated as Section 55.06, Block 1, Lot 1, Rockland County, and also known as Parcel B: 19 Hemion Road, Montebello, NY 10901.

SCHEDULE A

<u>Parcel C</u>                                                                                                    Village of
ALL that certain plot, piece or parcel of land and premises, situate lying and being in Suffern, Town of Ramapo, County of Rockland and State of New York, being bounded and described as follows:

BEGINNING at a point in the southerly right-of-way of the Consolidated Railway Corporation, said point being the following two (2) courses from the terminus of the sixth (6) course of the overall site description of Tax Map Section 55.22, Block 1, Lot 1, Village of Suffern, Town of Ramapo, Rockland County, New York, Tax Map Section 55.06, Block 1, Lot 1, Village of Montebello, Town of Ramapo, Rockland County, New York;
    a. North 86 degrees 37 minutes 10 seconds West a distance of 155.99 feet to a point;
    b. South 12 degrees 02 minutes 41 seconds West a distance of 93.63 feet to the point of BEGINNING;

RUNNING THENCE the following two (2) courses along the westerly line of Lot 3, Block 1, Section 55.38;
    1. South 12 degrees 02 minutes 41 seconds West a distanceof 114.74 feet to a point;
    2. South 23 degrees 17 minutes 21 seconds West a distance of 161.86 feet to a point in the northerly right-of-way of Lafayette Avenue (New York State Route 59) (variable width right-of-way);

THENCE along said northerly right-of-way, North 64 degrees 22 minutes 23 seconds West a distance of 100.09 feet to a point;

THENCE the following two (2) courses along the easterly line of Lot 30.12, Block 1, Section 55.29;
    1. North 23 degrees 13 minutes 11 seconds East a distance of 148.10 feet to a point;
    2. North 12 degrees 05 minutes 22 seconds East a distanceof 118.44 feet to a point in the Southerly right-of-way of the Consolidated Railway Corporation;

THENCE Along said southerly right-of-way, South 70 degrees 07 minutes 33 seconds East a distance of 101.00 feet to the point or place of BEGINNING.

Note: Address, Block & Lot shown for informational purposes only

Designated as Section 55.37, Block 1, Lot 31, Rockland County, and also known as Parcel C: Route 59, Suffern, NY 10901.

Schedule A Description                                                                                                    RANY-27660

INSTRUCTIONS (RP-5217-PDF-INS): www.orps.state.ny.us

New York State Department of
**Taxation and Finance**

Office of Real Property Tax Services

**RP-5217-PDF**

Real Property Transfer Report (8/10)

| FOR COUNTY USE ONLY | |
|---|---|
| C1. SWIS Code | 392607 |
| C2. Date Deed Recorded | 9/14/2017 |
| C3. Book | 2017 |
| C4. Page | 29396 |

## PROPERTY INFORMATION

**1. Property Location**
- Street Number: 25
- Street Name: Old Mill Road
- City or Town: Town of Ramapo
- Village: Village of Suffern
- Zip Code: 10901

**2. Buyer Name:** SUFFERN PARTNERS LLC

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 3 # of Parcels

**5. Deed Property Size:** ___ X ___ OR 161.96 ACRES

(Only if Part of a Parcel) Check as they apply:
- 4A. Planning Board with Subdivision Authority Exists ☐
- 4B. Subdivision Approval was Required for Transfer ☐
- 4C. Parcel Approved for Subdivision with Map Provided ☐

**6. Seller Name:** RS OLD MILLS RD LLC

**7. Select the description which most accurately describes the use of the property at the time of sale:**
J. Industrial

Check the boxes below as they apply:
- 8. Ownership Type is Condominium ☐
- 9. New Construction on a Vacant Land ☐
- 10A. Property Located within an Agricultural District ☐
- 10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

## SALE INFORMATION

**11. Sale Contract Date:** 
**12. Date of Sale/Transfer:** 09/05/2017
**13. Full Sale Price:** 30,000,000.00

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**14. Indicate the value of personal property included in the sale:** 0.00

**15. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- ☒ J. None

*Comment(s) on Condition:*

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**16. Year of Assessment Roll from which information taken(YY):** 17
**17. Total Assessed Value:** 4,589,800
**18. Property Class:** 710
**19. School District Name:** Ramapo Central
**20. Tax Map Identifier(s)/Roll Identifier(s):** 55.22-1-1, 55.37-1-31, 55.06-1-1

## CERTIFICATION

I Certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SELLER SIGNATURE:** [signature] 9/5/2017

**BUYER SIGNATURE:** Goldie Reisman 9/5/2017

### BUYER CONTACT INFORMATION

- Last Name: Reisman
- First Name: Goldie
- Area Code: (718)
- Telephone: 650-6090
- Street Number: 202
- Street Name: Grandview Avenue
- City or Town: Monsey
- State: NY
- Zip Code: 10952

### BUYER'S ATTORNEY

- Last Name: Fleischmann
- First Name: David
- Area Code: (718)
- Telephone: 650-6090