# **EXHIBIT B**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 20, 2019.

Selected Entity Name: RS OLD MILLS RD LLC
Selected Entity Status Information

**Current Entity Name:** RS OLD MILLS RD LLC
**DOS ID #:** 5183322
**Initial DOS Filing Date:** AUGUST 08, 2017
**County:** ORANGE
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE LIMITED LIABILITY COMPANY
40 MATTHEWS ST STE 203
GOSHEN, NEW YORK, 10924

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this

information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 08, 2017 | Actual | RS OLD MILLS RD LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 20, 2019.

Selected Entity Name: SUFFERN PARTNERS LLC
Selected Entity Status Information

**Current Entity Name:** SUFFERN PARTNERS LLC
**DOS ID #:** 5183694
**Initial DOS Filing Date:** AUGUST 09, 2017
**County:** ALBANY
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SUFFERN PARTNERS LLC
1449 57TH STREET
BROOKLYN, NEW YORK, 11219

**Registered Agent**
GOLDMANRX, INC.
1449 57TH STREET
BROOKLYN, NEW YORK, 11219-4619

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address

(es) of the original members, however this information is not recorded and only available by [viewing the certificate.](#)

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 09, 2017 | Actual | SUFFERN PARTNERS LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

[Search Results](#)  [New Search](#)

[Services/Programs](#) | [Privacy Policy](#) | [Accessibility Policy](#) | [Disclaimer](#) | [Return to DOS Homepage](#) | [Contact Us](#)