# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 07/22/2019 |
| Case: 17−22218−rdd | Form ID: pdn | Total: 52 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Douglas J. Pick | dpick@picklaw.net |
| aty | Greg M. Zipes | greg.zipes@usdoj.gov |
| aty | Holly R. Holecek | hrh@lhmlawfirm.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Michael Levine | ml@levlaw.org |
| aty | Thomas C. Landrigan | tcl2@frontier.com |

                                                                                                                    TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| db | RS Old Mill, LLC    119 Route 59    Nanuet, NY 10954 |
| tr | Marianne T. O'Toole    Marianne T. O'Toole, LLC    22 Valley Road    Katonah, NY 10536 |
| aty | Marianne T. O'Toole    Marianne T. O'Toole, LLC    22 Valley Road    Katonah, NY 10536 |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−551 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7098822 | AKRF    440 Park Avenue, 7th Floor    Attn: Axel Schwendt    New York, New York 10016 |
| 7125703 | AKRF CONSULTING SERVICES, INC. f/k/a AKRF, INC.    440 PARK AVENUE SOUTH, 7TH FL    NEW YORK, NY 10016 |
| 7098823 | Alpine Fine Construction    12 Prag Boulevard    Attn: Meshilem    Monroe, New York 10950 |
| 7515849 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP    Attorneys for CPIF Lending, LLC    222 Delaware Avenue, Suite 801    Wilmington, Delaware 19801 |
| 7098824 | Better Distributors    106 Grand Avenue    Attn: Volf    Brooklyn, New York 11205 |
| 7098825 | Bridgewater Capital    54 West 47th Street    Attn: Mark Junger    New York, New York 10036 |
| 7098826 | Caps Skull    1265 Coney Island Avenue    Attn: Shea Hecht    Brooklyn, New York 11230 |
| 7098827 | Ell City LLC    16192 Coastal Highway    Attn: Aga Worosz    Lews, Delaware 11958 |
| 7563302 | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway 22nd Floor    New York, NY 10036    Attn: Kevin J. Nash, Esq. |
| 7098828 | Goldman Copeland    229 West 36th Street    Attn: John O'Brian    New York, New York 10018 |
| 7517733 | HAHN & HESSEN LLP    Attorneys for Suffern Partners LLC    488 Madison Avenue    New York, New York 10022 |
| 7098829 | Instyle Interiors    181 Locust Avenue    Attn: Leo    Bronx, New York 10454 |
| 7098830 | Internal Revenue Service    P.O. Box 21126    Philadelphia, Pennsylvania 19114 |
| 7098831 | JLL    330 Madison Avenue    Attn: Linda    New York, New York 10017 |
| 7515659 | Kurtzman Matera, P.C.    80 Red Schoolhouse Road    Suite 110    Chestnut Ridge, NY 10977 |
| 7563351 | Levine & Associates, P.C.    15 Barclay Road    Scarsdale, NY 10583 |
| 7098832 | Lyncrest Consulting    36 Lyncrest Drive    Attn: Isaac Genuth    Monsey, New York 10952 |
| 7151906 | M. David Graubard, Esq.    71−18 Main Street    Flushing, NY 11367 |
| 7557681 | M. David Graubard, Esq.    7118 Main Street    Flushing, NY 11367 |
| 7515684 | Michael J. Barrie, Esq.    Benesch, Friedlander, Coplan & Aronoff LLP    222 Delaware Avenue, Suite 801    Wilmington, Delaware 19801 |
| 7115139 | Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C.    Attn: Stuart Offner, Esq.    One Financial Center    Boston, MA 02111 |
| 7098833 | Mintz, Levin, Cohn, Ferris, Glovsky    and Popeo, P.C.    Attn: Stuart Offner, Esq. – Mintz Levin    One Financial Center    Boston, Massachusetts 12111 |
| 7115116 | Mintz, Levin, Cohn, Ferrisk, Glovsky and Popeo, P.    Attn: Stuart Offner, Esq.    One Financial Center    Boston, MA 02111 |
| 7098834 | NYC Dept. of Finance    345 Adams Street, 3rd Floor, Attn: Legal    Brooklyn, New York 11201 |
| 7098835 | NYC Law Dept.    100 Church Street    New York, New York 10007 |
| 7098836 | NYS Attorney General    120 Broadway    New York, New York 10271 |
| 7098837 | NYS Dept. of Taxation & Finance    Bankruptcy/Special Procs., P.O. Box 5300    Albany, New York 12205−0300 |
| 7134943 | NYS LAND SERVICES, AN OPERATING DIV. OF    COMMONWEALTH LAND TITLE INSURANCE CO.    ATTN: NEW YORK LAND SERVICES    630 THIRD AVE. 12TH FLOOR    NEW YORK, NY 10017 |
| 7098838 | NYS Unemployment Insurance Fund    P.O. Box 551    Albany, New York 12201 |
| 7129321 | Novartis Corporation    c/o Windels Marx Lane & Mittendorf    Attn: Scott R. Matthews, Esq.    156 W. 56th Street    New York, NY 10019 |
| 7098839 | Office of the U.S. Trustee    201 Varick Street, Suite 1006    New York, New York 10014 |
| 7098840 | RFG    5314−16th Avenue    Attn: Avrumi    Brooklyn, New York 11219 |
| 7098841 | Romaro    12 North Federal Highway    AttnL Peter Marcinek    Pompano Beach , Florida 33062 |
| 7098842 | Shefa Trans Pacific    21 Lyncrest Drive    Monsey, New York 10952 |
| 7515685 | Sven Nylen, Esq.    Benesch, Friedlander, Coplan & Aronoff LLP    333 Wacker Drive, Suite 1900    Chicago, IL 60606 |
| 7098843 | U.S. Dept. of Justice    Box 55    Washington, District of Columbia 20044 |

| | | | | |
|---|---|---|---|---|
| 7098844 | UHCS Distributors | 8160 New Utrecht Avenue | Attn: Norman | Brooklyn, New York 11219 |
| 7098845 | United States Attorney | One St. Andrews Plaza | | New York, New York 10007 |
| 7098846 | Watermark Associates LLC | 4401 21st Street | Attn: Lazer Philipson | Long Island City, New York 11101 |

TOTAL: 45