**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Holly R. Holecek, Esq.**
Partner
Direct Dial: 516.804.1558
hrh@lhmlawfirm.com

September 3, 2019

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601-4140

> *In re RS Old Mill, LLC*
> **Chapter 7**
> **Case No.: 17-22218 (RDD)**

Dear Judge Drain:

     This shall confirm that the hearing on the Chapter 7 Trustee's Motion for an Order, Pursuant to 11 U.S.C. §§105(a), 363(b)(1) and 363(m) and Rules 2002, 6004 and 9019 of the Federal Rules of Bankruptcy Procedure, Approving Settlement Between Chapter 7 Trustee and Suffern Partners LLC and Sale of Properties in Accordance with Stipulation of Settlement was adjourned from September 13, 2019 at 10:00 a.m. to **October 4, 2019 at 10:00 a.m.**

     Respectfully submitted,

     *s/ Holly R. Holecek*
     Holly R. Holecek

cc:    Notice of Appearance parties (by ECF)
       Greg Zipes, Esq. (by email)
       Marianne T. O'Toole, as Trustee (by email)