WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Novartis Corporation*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorneys Appearing: Leslie S. Barr (lbarr@windelsmarx.com)
                     Scott R. Matthews (smatthews@windelsmarx.com)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                             <u>Chapter 7</u>

RS OLD MILL, LLC,
                                             Case No. 17-22218-rdd
                       Debtor.
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM 3-1

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 3006, Novartis Corporation hereby withdraws Claim 3-1 filed on April 10, 2017, without prejudice.

Dated: New York, New York     WINDELS MARX LANE & MITTENDORF, LLP
       October 25, 2019          *Attorneys for Novartis Corporation*


                                     By:    */s/ Leslie S. Barr*
                                                 Leslie S. Barr (lbarr@windelsmarx.com)
                                                 Scott R. Matthews (smatthews@windelsmarx.com)
                                                 156 West 56th Street
                                                 New York, New York 10019
                                                 Tel. (212) 237-1000 / Fax. (212) 262-1215

## CERTIFICATION OF SERVICE

I hereby certify that on October 25, 2019, registered users of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**"), designated to receive electronic notice of events in this case through the CM/ECF System, received notice of the filing of the above *Notice of Withdrawal of Claim 3-1* in accordance with General Order No. 399 of the United States Bankruptcy Court for the Southern District of New York and Federal Rule of Bankruptcy Procedure 9036.

Dated: New York, New York  WINDELS MARX LANE & MITTENDORF, LLP
October 25, 2019  *Attorneys for Novartis Corporation*

By: */s/ Leslie S. Barr*
Leslie S. Barr (lbarr@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215