UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          Chapter 7

RS OLD MILL, LLC,                               Case No.: 17-22218 (RDD)

                    Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NASSAU    )

      ANGELA COLUCCI, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

      On November 4, 2019, deponent served the **NOTICE OF CHAPTER 7 TRUSTEE'S OBJECTION and TRUSTEE'S OBJECTION TO CLAIM 17-1 FILED BY CONTINENTAL KOSHER CATERING INC.** by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:    *See attached Service List*

                                                              *s/ Angela Colucci*
                                                              Angela Colucci

Sworn to before me this 4th day of November 2019

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021

# SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Greg M. Zipes, Esq.

**Claimant:**

Continental Kosher Catering Inc.
c/o Tuttle Yick LLP
Attn: Peter C. Dee
220 E. 42nd St., 29th Floor
New York, NY 10017

## Notices of Appearance:

M. David Graubard, Esq.
71-18 Main Street
Flushing, NY 11367

Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
*Attys for Goldie Reisman, Mark Yunger, Isaac Genuth, Bridgewater Capital Partners*
80 Red Schoolhouse Road, Suite 110
Chestnut Ridge, NY 10977

Sven Nylen, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
*Attys for CPIF Lending, LLC*
333 Wacker Drive, Suite 1900
Chicago, IL 60606

Michael J. Barrie, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
*Attys for CPIF Lending, LLC*
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Gilbert Backenroth, Stephen J. Grable, Steven R. Aquino, Esqs.
Hahn & Hessen LLP
*Attys for Suffern Partners LLC*
488 Madison Avenue
New York, NY 10022

Michael Levine, Esq.
Levine & Associates, P.C.
*Co-Counsel for RS Old Mill, LLC & Yehuda Salamon*
15 Barclay Road
Scarsdale, NY 10583

J. Ted Donovan, Kevin J. Nash, Esqs.
Goldberg Weprin Finkel Goldstein LLP
*Co-Counsel for RS Old Mill, LLC & Yehuda Salamon*
1501 Broadway, 22nd Floor
New York, NY 10036

Douglas T. Tabachnik, Esq.
Law Offices of Douglas T. Tabachnik, P.C.
*Counsel for Lone Pine Associates, LLC*
63 West Main Street, Suite C
Freehold, NJ 07728

| | |
|---|---|
| Mark Frankel, Esq.<br>Backenroth Frankel & Krinsky, LLP<br>*Attys for Mark Frankel, as Plan Administrator*<br>800 Third Avenue<br>New York, NY 10022 | David K. Fiveson Esq./Jamie N. Burke, Esq.<br>Butler, Fitzgerald, Fiveson & McCarthy, P.C.<br>*Attys for CPIF Lending, LLC*<br>9 East 45th Street, 9th Floor<br>New York, New York 10017 |

**Federal and State Governmental Units & Taxing Authorities:**

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201 |
| John Cahill, Esq.<br>Regional Council for NY/NJ<br>U. S. Department of Housing & Urban Development<br>26 Federal Plaza, Room 3500<br>New York, NY 10278 | Robert Roberts<br>Office of Site Remediation Enforcement<br>Office of Enforcement and Compliance Assurance<br>U.S. Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W, M/C 2272A<br>Washington, DC 20004-2004 |
| NYC Department of Finance<br>66 John Street<br>2nd Floor, Room 104<br>New York, NY 10038 | U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>26 Federal Plaza, Room 3908<br>New York, NY 10278 |
| NYS Unemployment Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 | U.S. Securities & Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| NYS Department of Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-5300 | United States' Attorney's Office<br>Southern District of New York<br>Attn: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |