# EXHIBIT C

In re: RS OLD MILL, LLC,
Case No.: 17-22218 (RDD)

AFFIRMATION IN SUPPORT OF CHAPTER 7 TRUSTEE'S OBJECTION
TO CLAIMS 24-1, 25-1, AND 26-1 FILED BY RIVERSTONE USA LLC,
YEHUDA SALAMON, AND RS OLD MILLS RD LLC

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------X
GALSTER FUNDING, LLC.,

                                    Plaintiff,
              - against -
YEHUDA SALAMON, ETTY SALAMON, YIDEL'S
SHOPPING CART, INC., 4921 12TH AVENUE, LLC,
YIDELS FRESH FOOD STATION, LLC, YIDELS
ONLINE FOOD STATION, LLC, THE SHOPPING
CART, INC., YIDEL'S GROCERY, INC., and
SIGNATURE BANK,

                                    Defendants.

------------------------------------------------X

                        May 7, 2019
                        11:45 a.m.


        EXAMINATION BEFORE TRIAL of DANIEL
MULLER, ESQ., a Non-Party Witness herein, taken
by the Respective Parties, pursuant to Subpoena,
held at the offices of David Berg, Esq., 266
Broadway, Brooklyn, New York 11211, on May 7,
2019, at 11:45 a.m., before Alexandra
Theodorakis, a Notary Public for and within the
State of New York.
```

A P P E A R A N C E S:

    BUTLER, FITZGERALD, FIVESON &
    McCARTHY, P.C.
        Attorneys for Plaintiff
        Nine East 45th Street - 9th Floor
        Brooklyn, New York 10017
    BY:  MARK J. KRUEGER, ESQ.

    LEVINE & ASSOCIATES, P.C.
        Attorneys for Defendants
        Yehuda Salamon & Etty Salamon
        15 Barclay Road
        Scarsdale, New York 10583
    BY:  MICHAEL LEVINE, ESQ.

    B & D, ESQ.
        Attorney for Daniel Muller
        266 Broadway - Suite 503
        Brooklyn, New York 11211
    BY:  DAVID BERG, ESQ.

            \*      \*      \*

1                D. MULLER
2      A.    Yes.
3      Q.    They appear be the Satisfactions of
4  Mortgages that you prepared; correct?
5      A.    Yes.
6      Q.    If you will notice on these
7  Satisfactions of Mortgages, only the mortgagee
8  Beis Chasidei Gorlitz is the signer?
9      A.    Yes.
10     Q.    That's how you prepared it; correct?
11     A.    Yes.
12     Q.    When you prepared it, you didn't have a
13 signature for Yehuda Salamon or 4921 12th Avenue,
14 LLC.; correct?
15     A.    No.
16     Q.    You wouldn't have a signature for them,
17 would you, on a Satisfaction of Mortgage?
18     A.    I don't believe so.
19     Q.    There would be no purpose for it, would
20 there?
21     A.    I would agree with that.
22     Q.    Okay.  So, you forwarded this to the
23 title company.
24           Did they accept the form?
25           MR. LEVINE: Objection to form.  You