Exhibit "K"

**Doug Pick**

From:
Sent:
To:
Subject:

From: YEHUDA SALAMON [mailto:yidel11219@gmail.com]
Sent: Tuesday, November 28, 2017 3:01 PM
To: Doug Pick <dpick@picklaw.net>; Michael Levine <ml@levlaw.org>; duvis 110 <duvis110@gmail.com>
Subject: Re:

HI DOUG
JUST SPOKE TO MIKE
HE ADVISED WE SHOULD ADJOURN THE MOTION,
THANKS

YEHUDA

On Tue, Nov 28, 2017 at 2:53 PM, Doug Pick <dpick@picklaw.net> wrote:

The Debtor cannot object   It is our motion.  I will wait to hear from Mike.



Douglas J. Pick  |  *Partner*
**PICK & ZABICKI LLP**
369 Lexington Avenue, 12th Floor, New York, NY 10017
(212) 695-6000 Ext. 223  |  dpick@picklaw.net
www.picklaw.net

From: YEHUDA SALAMON [mailto:yidel11219@gmail.com]
Sent: Tuesday, November 28, 2017 1:51 PM
To: Doug Pick <dpick@picklaw.net>; Michael Levine <ml@levlaw.org>; duvis 110 <duvis110@gmail.com>
Subject: Re:

Hi Doug,

The debtor and additional creditor(s) might or have an objection to dismissing the BK case. Either request an extension or don't file until we see if they really want to object. I want to make sure. If simply filing it later will suffice that they can still file a valid objection for their claims, then it's fine.

Thank you and all the best,

PLEASE CONFIRM RECEIPT OF EMAIL

Yehuda

On Tue, Nov 28, 2017 at 1:35 PM, YEHUDA SALAMON <yidel11219@gmail.com> wrote:

Hi Doug,

The debtor and additional creditor(s) might or have an objection to dismissing the BK case. Either request an extension or don't file until we see if they really want to object. I want to make sure. If simply filing it later will suffice that they can still file a valid objection for their claims, then it's fine.

Thank you and all the best,

Yehuda