LAW OFFICES

# BUTLER, FITZGERALD, FIVESON & McCARTHY

A Professional Corporation

David K. Fiveson
212-615-2200
dfiveson@bffmlaw.com

NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

Of Counsel:
David J. McCarthy
Telephone 212-615-2200
Facsimile 212-615-2215

February 18, 2020

**BY FEDERAL EXPRESS**
Hon. Judge Robert D. Drain
U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

| Re: | Debtor: | RS Old Mill, LLC - Chapter 7 |
|---|---|---|
| | Case No.: | 17-22218 (RDD) |
| | Assoc. Case No.: | 19-08243 (RDD) *Adversary* |
| | Our File No.: | 3696-6391 |

Dear Judge Drain:

Our office represents creditor CPIF Lending, LLC and interested party Old Republic National Title Insurance Company in the above-referenced matter.

Enclosed please find courtesy copies of the following, which were electronically filed and served on all counsel of record via CM/ECF as Doc No. 269 on February 13, 2020:

1. Omnibus Response of Old Republic National Title Insurance Company and CPIF Lending, LLC to Yehuda Salamon's Omnibus Motions Objection to Claims (*related to Doc Nos. 232, 244*); and
2. Certificate of Service.

The related motions of Yehuda Salamon (Doc Nos. 232, 244) are scheduled for a hearing on Thursday February 20, 2020 at 10:00 AM.

Respectfully submitted,

*/s/ David K. Fiveson*
David K. Fiveson

DKF/rqs
Encls.

cc: All counsel of record via CM/ECF Doc No. 270