UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RS OLD MILL, LLC | ) | Case No. 17-22218-RDD |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## STATEMENT OF UNCLAIMED DIVIDENDS

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 19 | LONE PINE ASSOCIATES , LLC<br>485 East 3rd Street<br>Brooklyn, NY 11218 | 1,978.99 | 1,978.99 |
| 13 | Ell City LLC<br>Attn: Agnieszka Marcinek<br>16192 Coastal Highway,<br>Lewes, DE 19958 | 77,750.00 | 77,750.00 |
| 6 | Ro-Ma-Ro LLC<br>a/k/a Romaro, LLC, 2131 NE 30 Ct<br>Lighthouse Point, FL 33064 | 115,000.00 | 115,000.00 |

Dated: December 28, 2020        /s/ Marianne T. O'Toole
MARIANNE T. O'TOOLE
Chapter 7 Trustee
22 Valley Road
Katonah, NY 10536
(914) 232-1511