# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

In re: RS OLD MILL, LLC § Case No. 17-22218-RDD
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marianne T. O'Toole, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,345,524.08     Claims Discharged Without Payment: N/A

Total Expenses of Administration: $501,330.43

3) Total gross receipts of $ 2,846,854.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,846,854.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,037,824.51 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 305,580.43 | 305,580.43 | 305,580.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 38,721,280.07 | 195,750.00 | 195,750.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 135,000.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,269,323.00 | 82,380,285.95 | 2,345,524.08 | 2,345,524.08 |
| **TOTAL DISBURSEMENTS** | $10,269,323.00 | $142,579,970.96 | $2,846,854.51 | $2,846,854.51 |

  4) This case was originally filed under Chapter 11 on February 13, 2017 and it was converted to Chapter 7 on June 05, 2019. The case was pending for 20 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2021  By: /s/Marianne T. O'Toole
         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Receipts | 1290-000 | 175,000.00 |
| Tax Refund | 1224-000 | 53,854.51 |
| Claims Fund Settlement | 1249-000 | 2,500,000.00 |
| Pick & Zabicki Turnover of Funds | 1290-000 | 118,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,846,854.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Novartis Corporation | 4110-000 | N/A | 2,500,000.00 | 0.00 | 0.00 |
| 20S | CPIF Lending, LLC | 4110-000 | N/A | 16,037,824.51 | 0.00 | 0.00 |
| 21S | Old Republic National Title Insurance Company | 4110-000 | N/A | 2,500,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$21,037,824.51** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marianne T. O'Toole | 2100-000 | N/A | 108,655.64 | 108,655.64 | 108,655.64 |
| Trustee Expenses - Marianne T. O'Toole | 2200-000 | N/A | 99.55 | 99.55 | 99.55 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 193,116.50 | 193,116.50 | 193,116.50 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3220-000 | N/A | 1,683.74 | 1,683.74 | 1,683.74 |
| Other - Prager Metis CPAs, LLC | 3410-000 | N/A | 400.00 | 400.00 | 400.00 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 1,625.00 | 1,625.00 | 1,625.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$305,580.43** | **$305,580.43** | **$305,580.43** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pick & Zabicki LLP (ADMINISTRATIVE) | 6210-160 | N/A | 181,934.65 | 118,000.00 | 118,000.00 |
| Frances M. Caruso (ADMINISTRATIVE) | 6410-000 | N/A | 1,250.00 | 0.00 | 0.00 |
| Suffern Partners LLC (ADMINISTRATIVE) | 6990-000 | N/A | 33,000,000.00 | 0.00 | 0.00 |
| Lone Pine Associates, LLC (ADMINISTRATIVE) | 6710-000 | N/A | 311,628.42 | 0.00 | 0.00 |
| Clerk of the Court - Ell City LLC | 6990-001 | N/A | 160,250.00 | 77,750.00 | 77,750.00 |
| Continental Kosher Catering Inc. (ADMINISTRATIVE) | 6990-000 | N/A | 5,066,217.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$38,721,280.07** | **$195,750.00** | **$195,750.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | 99 Brookside Avenue | 5300-000 | N/A | 135,000.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$135,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Mintz, Levin, Cohn, Ferris, Glovsky | 7100-000 | N/A | 201,083.46 | 0.00 | 0.00 |
| 2 | AKRF CONSULTING SERVICES, INC. f/k/a AKRF, INC. | 7100-000 | 5,500.00 | 38,446.47 | 38,446.47 | 38,446.47 |
| 4 | NYS LAND SERVICES, AN OPERATING DIV. OF | 7100-000 | N/A | 7,491.11 | 0.00 | 0.00 |
| 5 | NYS LAND SERVICES, AN OPERATING DIV. OF | 7100-000 | N/A | 7,491.11 | 0.00 | 0.00 |
| 6 | Clerk of the Court - Ro-Ma-Ro LLC | 7100-001 | 115,000.00 | 115,000.00 | 115,000.00 | 115,000.00 |
| 7 | M. David Graubard, Esq. | 7100-000 | N/A | 4,531.30 | 4,531.30 | 4,531.30 |
| 8 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C | 7100-000 | 23,823.00 | 201,083.46 | 201,083.46 | 201,083.46 |
| 14 | Ro-Ma-Ro LLC | 7100-000 | N/A | 315,000.00 | 0.00 | 0.00 |
| 15 | Beauty Brag | 7100-000 | N/A | 982,210.00 | 0.00 | 0.00 |
| 16 | Suffern Partners LLC (ADMINISTRATIVE) | 7100-000 | N/A | 33,000,000.00 | 1,984,483.86 | 1,984,483.86 |
| 19 | Clerk of the Court - LONE PINE ASSOCIATES , LLC | 7100-001 | N/A | 9,993,000.00 | 1,978.99 | 1,978.99 |
| 20U | CPIF Lending, LLC | 7100-000 | N/A | 18,444,743.56 | 0.00 | 0.00 |
| 21U | Old Republic National Title Insurance Company | 7100-000 | N/A | 570,205.48 | 0.00 | 0.00 |
| 22 | Mark Frankel, Plan Administrator | 7100-000 | N/A | 2,500,000.00 | 0.00 | 0.00 |
| 23 | Yehuda Salamon | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | RIVERSTONE USA LLC | 7100-000 | N/A | 2,500,000.00 | 0.00 | 0.00 |
| 25 | Yehuda Salamon | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 26 | RS Old Mill RD LLC | 7100-000 | N/A | 13,500,000.00 | 0.00 | 0.00 |
| NOTFILED | Brighewater Capital | 7100-000 | 1,800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Caps Skull | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Better Distributors | 7100-000 | 3,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Fine Constryuction | 7100-000 | 210,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ell City LLC | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RFG | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | UHCS Distributors | 7100-000 | 140,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Watermark Associates LLC | 7100-000 | 2,800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Shefa Trans Pacific | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Instyle Interios | 7100-000 | 1,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lyncrest Counselting | 7100-000 | 172,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Goldman Copeland | 7100-000 | 48,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $10,269,323.00 | $82,380,285.95 | $2,345,524.08 | $2,345,524.08 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-22218-RDD  
**Case Name:** RS OLD MILL, LLC  

**Trustee:** (900430) Marianne T. O'Toole  
**Filed (f) or Converted (c):** 06/05/19 (c)  
**§341(a) Meeting Date:** 07/16/19  

**Period Ending:** 01/27/21  
**Claims Bar Date:** 10/24/19  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   $2,500,000 Third-Party Security Deposit Held by Debtor in Connection With Purchase of Real Property - Debtor Presently Has No Rights to Such Funds | 0.00 | Unknown | | 0.00 | FA |
| 2   Right to Purchase 25 Old Mill Road, Suffern, NY Under Agreement of Sale Dated November 28, 2016 | Unknown | Unknown | | 0.00 | FA |
| 3   Tentative Leases With Tenants of 25 Old Mill Road, Suffern, NY | Unknown | Unknown | | 0.00 | FA |
| 4   Other Receipts  (u) | 175,000.00 | 175,000.00 | | 175,000.00 | FA |
| 5   Tax Refund  (u) | 53,854.51 | 53,854.51 | | 53,854.51 | FA |
| 6   Claims Fund Settlement  (u) Adv. Pro. 19-08243 (rdd); So Ordered Stipulation of Settlement [Case ECF No. 253], appeal dismissed, 20 CV 743 (VB) (May 8, 2020) | 2,500,000.00 | 2,500,000.00 | | 2,500,000.00 | FA |
| 7   Pick & Zabicki Turnover of Funds  (u) See ECF Doc. 260 Order Directing Turnover | 0.00 | 118,000.00 | | 118,000.00 | FA |
| 7   Assets   Totals (Excluding unknown values) | **$2,728,854.51** | **$2,846,854.51** | | **$2,846,854.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/11/19-Application to Employ LaMonica Herbst & Maniscalco, LLP as Counsel to the Chapter 7 Trustee

6/14/19-Application for 2004 Examination and Document Production by Treff & Lowy PLLC

6/17/19-Order Granting Application to Employ LaMonica Herbst & Maniscalco, LLP as Counsel to the Chapter 7 Trustee

6/18/19-Order Granting Application for 2004 Examination and Document Production by Treff & Lowy PLLC

6/21/19-Letter requesting adjournment  or in the alternative emergency telephone conference filed by Trustee's counsel.  Notice of Adjournment of Hearing of all Matters to July 18, 2019

7/2/19-Quarterly case review

7/9/19-Order Denying Motion to Quash Subpoena for Testimony from David Fleischmann, Esq.

7/11/19-Chapter 7 Trustee's Application for an Order Fixing the Last Day for Filing Proofs of Chapter 11 Administrative Claims and Designating the Form and Manner of Notice

7/15/19-Order Establishing Deadline for Filing Proofs of Chapter 11 Administrative Claims and Designating the Form and Manner of Notice Thereof.  Chapter 11 Bar Date 8/30/19

7/16/19-Notice of Adjournment of Hearing of all Matters to 8/19/19

7/22/19-Trustee's Request for Clerk's Entry of Notice of Possible Dividends.  Notice of Possible Payment of Dividends and of Last Date to File Claims (by 10/24/19) issued by Clerk of the Court.

8/16/19-Notice of Adjournment of all Matters Scheduled for a hearing on 8/19/19

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-22218-RDD  
**Case Name:** RS OLD MILL, LLC  

**Period Ending:** 01/27/21

**Trustee:** (900430) Marianne T. O'Toole  
**Filed (f) or Converted (c):** 06/05/19 (c)  
**§341(a) Meeting Date:** 07/16/19  
**Claims Bar Date:** 10/24/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

8/20/19-Motion for an Order Approving the Settlement Between the Chapter 7 Trustee and Suffern Partners LLC and Sale of Properties in Accordance with Stipulation of Settlement.  Hearing date:  9/13/19

9/3/19-Letter confirming that the Hearing on the Trustee's Motion for an Order Approving the Settlement Between the Chapter 7 Trustee and Suffern Partners LLC and Sale of Properties in Accordance with Stipulation of Settlement is adjourned to 10/4/19

9/11/19-Motion to Withdraw as Attorney filed by Douglas T. Tabachnik.  Presentment date:  9/25/19

9/20/19-Limitied Objection filed by Trustee to Application of Douglas T. Tabachnik, P.C. to be Relieved as Counsel to Lone Pine Associates, LLC.  Limited Objection by Suffern Partners LLC's to Douglas T. Tabachnik, Esq.'s Application Seeking to Withdraw as Counsel for Lone Pine Associates LLC. Objection by the United States Trustee to Chapter 7 Trustee's Motion for Approval of a Settlement Between the Chapter 7 Trustee and Suffern Partners LLC

9/27/19-Objections filed by various parties  to Chapter 7 Trustee's Motion for Approval of a Settlement Between the Chapter 7 Trustee and Suffern Partners LLC

9/30/19-Quarterly case review.  Order Granting Motion of the Law Offices of Douglas T. Tabachnik, P.C. to Withdraw as Counsel

10/1/19-Trustee's Reply in Further Support of Motion for Approval of Settlement and Omnibus Reply to Objections

10/24/19-Notice of Withdrawal of Proof of Claim No. 1-1 filed on behalf of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC

10/25/19-Notice of Withdrawal of Proof of Claim 3-1 filed on behalf of Novartis Corporation

11/4/19-Chapter 7 Trustee's Objections to Claim 9-1 filed by Pick & Zabicki LLP; to Claim 10-1 filed by Frances M. Caruso; to Claim 12-1 and Claim 19-1 filed by Lone Pine Associates, LLC; to Claim 13-1 filed by Ell City, LLC; to Claim 14-1 filed by Ro-Ma-Ro LLC; to Claim 15-1 filed by Beauty Brags; to Claim 17-1 filed by Continental Kosher Catering Inc.; to Claim 18-1 filed by 99 Brookside Avenue; to Claim 25-1 filed by Yehuda Salamon; to Claim 24-1 filed by Riverstone USA LLC; to Claim 26-1 filed by RS Old Mills Rd LLC.  Hearing date:  12/6/19

12/9/19-Orders Disallowing Claim 10-1 filed by Frances M. Caruso and Claim 14-1 filed by Ro-Ma-Ro LLC

12/11/19-Notice of Withdrawal by Goldberg Weprin Finkel Goldstein LLP as Co-Counsel to the Debtor and Yehuda Salamon

12/16/19-Requests for reconsideration of the Court's Decision to Disallow Claim 26-1 filed by RS Old Mill Rd LLC; to Disallow Claim 14-1 filed by Ro-Ma-Ro LLC;  to Disallow Claim 24-1 filed by Rivertstone USA LLC; to Reduce Claim 13-1 filed Ell City, LLC; and to Disallow Claim 12-1 filed by Lone Pine Associates, LLC

12/31/19-Quarterly case review

1/14/20-Order Approving the Settlement Between the Chapter 7 Trustee and Suffern Partners LLC and Sale of Properties in Accordance with Stipulation of Settlement

1/16/20-Order Vacating Prior Order and Disallowing Claim 25-1 Filed by Yehuda Salamon; Order Vacating Prior Order and Disallowing Claim 24-1 Filed by Riverstone USA LLC; Order Disallowing Claim 18-1 Filed by 99 Brookside Avenue; Order Vacating Prior Order and Disallowing Claim 14-1 Filed by Ro-Ma-Ro LLC;  Order Vacating Prior Order and Disallowing Claim 12-1 and Claim 19-1 Filed by Lone Pine Associates, LLC; Order Vacating Prior Order and Reducing Claim 13-1 Filed by Ell City, LLC; Order Adjourning Hearing on Objection to Claim No. 9 and Fee Application of Pick & Zabicki LLP to 2/20/20 and Directing Turnover of Funds by Pick & Zabicki to the Trustee pending the Court's ruling on the merits of the Claim Objection and Fee Application.

1/24/20-Notice of Appeal field by Yehuda Salamon of January 14, 2020 Order Approving Sale of Properties

3/27/20-Notice of Transmittal of Record on Appeal issued by Clerk of the Court

3/31/20-Quarterly case review

4/1/20-Order Denying Claims Objection of Yehuda Salamon to Claims 11-1 and 16-1 filed by Suffern Partners LLC and for Reduction in Claim 20-1 filed by CPIF Lending.  Order Resolving Claim Objection to Claim 9 and Awarding Final Allowance of Compensation and Reimbursement of Expenses to Pick & Zabicki LLP.  Order Denying Omnibus Objection of Yehuda Salamon to Claims 21-1 and 22-1.

5/29/20-Notice of Presentment of Orders Withdrawing Claim 20-1 filed by CPIF Lending LLC and Claim 21-1 filed by Old Republic National Title Insurance Co.  Presentment date:  6/19/20

6/15/20-UST Motion for Sactions for Debtor Attorney Misconduct.  Hearing date:  9/3/20.  Order Vacating Prior Order and Disallowing Claim 26-1 filed by RS Old Mills Rd LLC

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-22218-RDD  
**Case Name:** RS OLD MILL, LLC  

**Trustee:** (900430) Marianne T. O'Toole  
**Filed (f) or Converted (c):** 06/05/19 (c)  
**§341(a) Meeting Date:** 07/16/19  

**Period Ending:** 01/27/21  
**Claims Bar Date:** 10/24/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/16/20-Notice of Withdrawal of Claim No. 22 by Mark Frankel, as Plan Administrator of Chapter 11 Plan in case 4921 12th Avenue LLC.

6/18/20-Orders Approving the Withdrawals of Claim 20-1 filed by CPIF Lending LLC and Claim 21-1 filed by Old Republic National Title Insurance Co.  Application to Employ Prager Metis CPAs, LLC as Accountants for the Chapter 7 Trustee

6/22/20-Order Authorizing Retention of Prager Metis CPAs, LLC as Accountants for the Chapter 7 Trustee

**Initial Projected Date Of Final Report (TFR):**    April 1, 2020            **Current Projected Date Of Final Report (TFR):**    July 1, 2020  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-22218-RDD
**Case Name:** RS OLD MILL, LLC

**Taxpayer ID #:** **-***4342
**Period Ending:** 01/27/21

**Trustee:** Marianne T. O'Toole (900430)
**Bank Name:** Mechanics Bank
**Account:** ******7466 - Checking Account
**Blanket Bond:** $68,407,174.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/19 | {4} | Cohen Labarbera & Landrigan LLP Attorneys At Law IOLTA Account 40 Matthews Street STE 203 Goshen, NY 10924 | Turnover of Funds in Landrigan Account | 1290-000 | 175,000.00 | | 175,000.00 |
| 07/11/19 | {5} | Cronin & Cronin Law Firm, PLLC Iola Attorney Trust Account 200 Old Country Road Suite 570 Mineola, NY 11501 | Tax Settlement for Property at 25 Old Mill Road, Suffern | 1224-000 | 53,854.51 | | 228,854.51 |
| 08/19/19 | {6} | Hahn & Hessen | Trustee Proposed Claims Fund Settlement | 1249-000 | 2,500,000.00 | | 2,728,854.51 |
| 06/26/20 | | From Account #******7467 | Transfer to Complete Trustee Final Report | 9999-000 | 118,000.00 | | 2,846,854.51 |
| 09/24/20 | 101 | LAMONICA HERBST & MANISCALCO, LLP Attn: Salvatore LaMonica, Esq. 3305 Jerusalem Avenue Wantagh, NY 11793 | Dividend paid 100.00% on $193,116.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 193,116.50 | 2,653,738.01 |
| 09/24/20 | 102 | LAMONICA HERBST & MANISCALCO, LLP Attn: Salvatore LaMonica, Esq. 3305 Jerusalem Avenue Wantagh, NY 11793 | Dividend paid 100.00% on $1,683.74, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 1,683.74 | 2,652,054.27 |
| 09/24/20 | 103 | Prager Metis CPAs, LLC Attn: Corey H. Neubauer, CPA 401 Hackensack Ave, 4th Floor Hackensack, NJ 07601 | Dividend paid 100.00% on $400.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 400.00 | 2,651,654.27 |
| 09/24/20 | 104 | Marianne T. O'Toole, LLC 22 Valley Road Katonah, NY 10536 | Dividend paid 100.00% on $108,655.64, Trustee Compensation; Reference: | 2100-000 | | 108,655.64 | 2,542,998.63 |
| 09/24/20 | 105 | United States Trustee U.S. Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228 | Dividend paid 100.00% on $1,625.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 1,625.00 | 2,541,373.63 |
| 09/24/20 | 106 | Marianne T. O'Toole, LLC 22 Valley Road Katonah, NY 10536 | Dividend paid 100.00% on $99.55, Trustee Expenses; Reference: | 2200-000 | | 99.55 | 2,541,274.08 |
| 09/24/20 | 107 | Pick & Zabicki LLP (ADMINISTRATIVE) 369 Lexington Avenue 12th Floor | Dividend paid 100.00% on $118,000.00, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 118,000.00 | 2,423,274.08 |

Subtotals : $2,846,854.51  $423,580.43

{} Asset reference(s)

Printed: 01/27/2021 03:56 PM    V.20.29

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-22218-RDD  
**Case Name:** RS OLD MILL, LLC  

**Taxpayer ID #:** **-***4342  
**Period Ending:** 01/27/21  

**Trustee:** Marianne T. O'Toole (900430)  
**Bank Name:** Mechanics Bank  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $68,407,174.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | New York, NY 10017 | | | | | |
| 09/24/20 | 108 | Ell City LLC<br>16192 Coastal Highway<br>Attn: Aga Worosz<br>Lews, DE 11958 | Dividend paid 100.00% on $77,750.00, Other Prior Chapter Administrative Expenses; Reference:<br>Stopped on 12/27/20 | 6990-005 | | 77,750.00 | 2,345,524.08 |
| 09/24/20 | 109 | AKRF CONSULTING SERVICES, INC. f/k/a AKRF, INC.<br>440 PARK AVENUE SOUTH, 7TH FL<br>NEW YORK, NY 10016 | Distribution paid 100.00% on $38,446.47; Claim# 2; Filed: $38,446.47; Reference: | 7100-000 | | 38,446.47 | 2,307,077.61 |
| 09/24/20 | 110 | Ro-Ma-Ro LLC<br>a/k/a Romaro, LLC<br>2131 NE 30 Ct<br>Lighthouse Point, FL 33064 | Distribution paid 100.00% on $115,000.00; Claim# 6; Filed: $115,000.00; Reference:<br>Stopped on 12/27/20 | 7100-005 | | 115,000.00 | 2,192,077.61 |
| 09/24/20 | 111 | M. David Graubard, Esq.<br>7118 Main Street<br>Flushing, NY 11367 | Distribution paid 100.00% on $4,531.30; Claim# 7; Filed: $4,531.30; Reference: | 7100-000 | | 4,531.30 | 2,187,546.31 |
| 09/24/20 | 112 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C<br>c/o Stuart Offner, Esq<br>One Financial Center<br>Boston, MA 02111 | Distribution paid 100.00% on $201,083.46; Claim# 8; Filed: $201,083.46; Reference: | 7100-000 | | 201,083.46 | 1,986,462.85 |
| 09/24/20 | 113 | Suffern Partners LLC<br>(ADMINISTRATIVE)<br>c/o Hahn & Hessen LLP - Stephen Grable<br>488 Madison Avenue<br>New York, NY 10022 | Distribution paid 100.00% on $1,984,483.86; Claim# 16; Filed: $33,000,000.00; Reference: | 7100-000 | | 1,984,483.86 | 1,978.99 |
| 09/24/20 | 114 | LONE PINE ASSOCIATES , LLC<br>485 east 3rd street<br>brooklyn, NY 11218 | Distribution paid 100.00% on $1,978.99; Claim# 19; Filed: $9,993,000.00; Reference:<br>Stopped on 12/27/20 | 7100-005 | | 1,978.99 | 0.00 |
| 12/27/20 | 108 | Ell City LLC<br>16192 Coastal Highway<br>Attn: Aga Worosz<br>Lews, DE 11958 | Dividend paid 100.00% on $77,750.00, Other Prior Chapter Administrative Expenses; Reference:<br>Stopped: check issued on 09/24/20 | 6990-005 | | -77,750.00 | 77,750.00 |
| 12/27/20 | 110 | Ro-Ma-Ro LLC<br>a/k/a Romaro, LLC<br>2131 NE 30 Ct<br>Lighthouse Point, FL 33064 | Distribution paid 100.00% on $115,000.00; Claim# 6; Filed: $115,000.00; Reference:<br>Stopped: check issued on 09/24/20 | 7100-005 | | -115,000.00 | 192,750.00 |
| 12/27/20 | 114 | LONE PINE ASSOCIATES , LLC | Distribution paid 100.00% on $1,978.99; | 7100-005 | | -1,978.99 | 194,728.99 |

Subtotals :   $0.00   $2,228,545.09

{} Asset reference(s)

Printed: 01/27/2021 03:56 PM    V.20.29

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-22218-RDD | **Trustee:** Marianne T. O'Toole (900430) |
| **Case Name:** RS OLD MILL, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******7466 - Checking Account |
| **Taxpayer ID #:** **-***4342 | **Blanket Bond:** $68,407,174.00 (per case limit) |
| **Period Ending:** 01/27/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | 485 east 3rd street brooklyn, NY 11218 | Claim# 19; Filed: $9,993,000.00; Reference: Stopped: check issued on 09/24/20 | | | | |
| 12/27/20 | 115 | Clerk of the Court | REISSUED CHECK FROM STALE CHECK PROCESSING | | | 194,728.99 | 0.00 |
| | | LONE PINE ASSOCIATES , LLC | Distribution paid 100.00% on $1,978.99; Claim# 19; Filed: $9,993,000.00; Reference: | 1,978.99 | 7100-001 | | 0.00 |
| | | Ell City LLC | Dividend paid 100.00% on $77,750.00, Other Prior Chapter Administrative Expenses; Reference: | 77,750.00 | 6990-001 | | 0.00 |
| | | Ro-Ma-Ro LLC | Distribution paid 100.00% on $115,000.00; Claim# 6; Filed: $115,000.00; Reference: | 115,000.00 | 7100-001 | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 2,846,854.51 | 2,846,854.51 | $0.00 |
| Less: Bank Transfers | 118,000.00 | 0.00 | |
| **Subtotal** | 2,728,854.51 | 2,846,854.51 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,728,854.51** | **$2,846,854.51** | |

{} Asset reference(s)    Printed: 01/27/2021 03:56 PM    V.20.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 17-22218-RDD | | Trustee: | Marianne T. O'Toole (900430) |
|---|---|---|---|---|
| Case Name: | RS OLD MILL, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7467 - PZ Held Funds |
| Taxpayer ID #: | **-***4342 | | Blanket Bond: | $68,407,174.00 (per case limit) |
| Period Ending: | 01/27/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/20 | {7} | Pick & Zabicki LLP, Attorneys at Law Iolta-Lawyer Trust Acco 369 Lexington Ave. Floor 12 New York, NY 10017 | See ECF Doc. 260 Order Directing Turnover | 1290-000 | 118,000.00 | | 118,000.00 |
| 06/26/20 | | To Account #******7466 | Transfer to Complete Trustee Final Report | 9999-000 | | 118,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 118,000.00 | 118,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 118,000.00 | |
| | | | **Subtotal** | | 118,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $118,000.00 | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Net Receipts : | 2,846,854.51 | | | | |
| Net Estate : | $2,846,854.51 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7466 | 2,728,854.51 | 2,846,854.51 | 0.00 |
| Checking # ******7467 | 118,000.00 | 0.00 | 0.00 |
| | $2,846,854.51 | $2,846,854.51 | $0.00 |

{} Asset reference(s)

Printed: 01/27/2021 03:56 PM    V.20.29