**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re :

RS OLD MILL, LLC,

Case No. 17-22218-rdd
(Chapter 7)

-against-

**Motion to Vacate Default and Evidentiary deposition of Yahuda Salamon and Samuel Festinger**

-----------------------------------------------------------X

FILED
U.S. BANKRUPTCY COURT
2022 JUL 26 P 2: 14
S.D.N.Y.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed declaration of Joseph Paukman and the accompanying Exhibits, Joseph Paukman, will move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court, 300 Quarropas St. White Plains, NY 10601 on August 9 2022 at 10:00 a.m., or as soon thereafter as counsel can be heard, 1) to vacate default and to assure this Court that I will continue to review all my filings, including affidavits of my clients and 2) order a Evidentiary depsition of **Yahuda Salamon and Samuel Festinger** as to the alleged set-up against me in this Court.

PLEASE TAKE FURTHER NOTICE that any responses to the Motion shall be filed with the Court and served on the Joseph Paukman 2609 East 14th Street # 377 Brooklyn NY No less than 7 days before the hearing of this motion.

Dated: June 19, 2022
Brooklyn, New York

Very truly yours,
_____/s/ Joseph Paukman_____
Joseph Paukman
2609 East 14th street # 377
Brooklyn NY 11235
718-736-4050